## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Answer to Plaintiff's First Amended Class Action Complaint was served upon counsel for plaintiff via United States mail, first class postage pre-paid, on December 9, 2002, to the following individuals:

Wayne Ely, Esquire
Timothy M. Kolman & Associates
225 N. Flowers Mill Road
Langehorne, PA  19047

Eugene A. Spector, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA  19103

Dated: December 9, 2002

_____
Dennis L. Scanlon, Esquire