# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant and Third Party Plaintiff | : | |
| vs. | : | |
| King Paratransit Service, Inc., 370 Crooked Lane King of Prussia, PA  19406 and | : | |
| Edens, Corporation 31 North Columbus Boulevard Pier 3, Suite 328 Philadelphia, PA  19106 and | : | |
| Triage, Inc. 800 W. Olney Ave. Philadelphia, PA  19120 and | : | |
| Atlantic Paratrans, Inc. 7 North Street Staten Island, NY  10302 and | : | |
| Community Transit, Inc. 202 Eddystone Crum Lynn, PA  19022 and | : | |
| J & D Jagicla Enterprises, Inc. t/a Liberty Vans 1390 Industrial Boulevard Southampton, PA  18966 and | : | |

| | |
|---|---|
| Krapfs CPS, Inc. | : |
| 797-6 E. Lancaster Avenue | : |
| Doylestown, PA  19335 | : |
|     and | : |
| Anderson Travel | : |
| 2600 E. Butler Street | : |
| Philadelphia, PA  19137 | : |
|     and | : |
| King Limousine Service, Inc. | : |
| 370 Crooked Lane | : |
| King of Prussia, PA  19406 | : |
| | : |
|     Third Party Defendants | : |
| | : |

## THIRD PARTY COMPLAINT

1. Plaintiff, Douglas El has filed a class action complaint against defendant Southeastern Pennsylvania Transportation Authority (hereinafter "SEPTA").  Attached, as Exhibit "A," is a copy of the plaintiff's First Amended Class Action Complaint.  Attached as, Exhibit "B," is a copy of SEPTA's Answer and Affirmative Defenses.

2. Plaintiff's Complaint alleges claims against SEPTA for violations of Title VII, the United States Constitution equal protection clause, the Pennsylvania Constitution, Article I, Section 1, and the Pennsylvania Criminal History Record Information Act.

3. On various dates, prior to January 17, 2000, and since that date each of the Third Party Defendants named hereinabove provided paratransit services to SEPTA pursuant to a written contract.

4. The underlying factual claim of plaintiff's complaint is that he, and the members of his putative class, were discriminated against by a SEPTA mandated contractual policy that prohibits the paratransit companies providing service to SEPTA from hiring, as drivers and attendants, those individuals who have a previous conviction for a violent felony or crime of

moral turpitude. Plaintiff, who is black, claims that this policy falls more heavily on Blacks and Hispanics and thus has a disparate impact on these groups.

5. Plaintiff claims he was so denied employment on January 17, 2000.

6. The Third Party Defendant companies commenced providing services to SEPTA, or their date of contract with SEPTA or both is as follows:

| | |
|---|---|
| King Paratransit Service, Inc. | 7/1/99 |
| Edens, Corporation | 3/15/99 |
| Triage, Inc. | 1988 |
| Atlantic Paratrans, Inc. | 3/15/99 |
| Community Transit, Inc. | 7/1/01 |
| P&D Jagicla, Enterprises Inc. t/a Liberty Vans | 8/5/01 |
| Krapfs CPS, Inc. | 8/26/01 |
| Anderson Travel | 7/29/01 |
| King Limousine Service, Inc. | 7/1/98 |

7. By virtue of the referenced contracts, the third-party defendants contracted and agreed to be liable for and to defend, indemnify, and save harmless SEPTA "from and against any and all loss, cost, damage, liability, claims, suits, and expense arising out of any claim of any kind or nature whatsoever. The full contracts are in the possession of the respective third-party defendants. Attached hereto as Exhibit "C" is a representative copy of the indemnity paragraph contained in each contract between SEPTA and the respective Third Party Defendants. Upon information and belief the respective indemnity clauses are identical to the representative one attached hereto and at issue in this case. The full contracts, several hundred pages in length each, are incorporated by reference herein.

WHEREFORE, SEPTA demands judgment against the Third Party Defendants for all sums that may be adjudged against the Third Party Plaintiff in favor of the plaintiff.

                    Respectfully submitted,

                    _____
                    Saul H. Krenzel, Esquire
                    Dennis L. Scanlon, Esquire
                    SAUL H. KRENZEL & ASSOCIATES
                    42 S. 15th Street, Suite 800
                    Philadelphia, PA  19103
                    215-977-7230
                    Attorneys for defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Third Party Complaint was served upon counsel for plaintiff via United States mail, first class postage prepaid, on December 9, 2002, to the following individuals.

Wayne Ely, Esquire
Timothy M. Kolman & Associates
225 N. Flowers Mill Road
Langhorne, PA 19047

Eugene A. Spector, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA  19103


Dated: December 23, 2002

                                                                                                                                                                      _____

                                                                                                                                                                      Dennis L. Scanlon, Esquire