:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOUGLAS EL                              CIVIL ACTION

      v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

02-3591

### O R D E R

AND NOW, this 27TH day of DECEMBER, 2002, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JANUARY 13, 2003** at 10:15AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                              or    BY THE COURT


BY: ANGELA J. MICKIE
      Deputy Clerk                          Judge

Civ 12 (9/83)