IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant and Third Party Plainitiff | : | |
| v. | : | |
| Atlantic Paratransit, Inc, et al. | : | |

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Third Party Complaint was served pursuant to Pennsylvania Long Arm statue on Atlantic Paratransit, Inc., via United States mail, first class postage prepaid, Certified Mail and Return Receipt Requested, on January 6, 2003, to the following individuals. Attached hereto as Exhibit "A" is the original, signed, return receipt.

Atlantic Paratransit, Inc.
7 North Street
Staten Island, NY 10302

Dated: January 9, 2003                    _____
                                          Dennis L. Scanlon, Esquire