W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DOUGLAS EL                         :

                                   :

        vs.                        :        CIVIL ACTION NO. 02-3591
                                   :

SOUTHEASTERN PENNSYLVANIA          :
TRANSPORTATION AUTHORITY


**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  13TH day of   JANUARY, 2003,  a [ X] Pretrial

[ ] Settlement Conference was held before Judge J. Curtis Joyner.


REMARKS:  6 MONTHS DISCOVERY TO COMPLETE DISCOVERY FOR CLASS
          CERTIFICATE


                              _____
                              Angela Mickie
                              Deputy Clerk to Judge Joyner


Civ 14 (8/80)