IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL** <br> 1711 W. Venango Street <br> Philadelphia, PA 19140 <br> **Individually and on behalf of** <br> **all others similarly situated,** <br><br> **Plaintiff,** <br> v. <br><br> **SOUTHEASTERN PENNSYLVANIA** <br> **TRANSPORTATION AUTHORITY** <br> 1234 Market Street <br> Philadelphia, PA 19107 <br><br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br><br><br><br> NO.   02-CV-3591 <br><br><br> **JURY TRIAL DEMANDED** |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the defendant, SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, in the above-referenced matter.

 

 

_____
**RONALD W. BOAK, ESQUIRE**
SAUL H. KRENZEL & ASSOCIATES
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorney for Defendant

Date: _____