IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

DOUGLAS EL : 
: CIVIL ACTION
:
    Plaintiff, :
v. : NO. 02-CV-3591
:
SOUTHEASTERN PENNSYLVANIA :
TRANSPORTATION AUTHORITY :
:
:
    Defendant. :

---

**PLAINTIFF'S MOTION FOR EXTENSION
OF DISCOVERY AND OTHER DEADLINES**

1.     The instant case is a class action matter.

2.     Plaintiff's originally joined only Defendant, SEPTA. Defendant SEPTA then joined additional Defendants, each of which is a paratransit provider that was subject to the illegal criminal conviction policy promulgated by SEPTA.

3.     This case arises out of SEPTA's promulgation of a policy requiring paratransit drivers with felony conviction records to be released from employment or rejected for same.

4.     The Equal Employment Opportunity Commission has found this policy to illegal.

5.     The discovery deadline in this case is July 14, 2003.

6.     Class certification discovery is not yet complete. However, Defendant SEPTA has provided documentation indicating that at least 128 paratransit employees are potential class members (this number is expected to increase when records are provided for all years covered by the proposed class).

7.     Counsel for Plaintiff and SEPTA agreed to a stipulated extension. A stipulation proposing the extension of discovery and other deadlines requested in the instant motion was

prepared by Plaintiffs, but the attorney for one of the additional Defendants refused to sign same.

8.Plaintiff and the proposed class will be severely prejudiced without additional opportunity for discovery to complete the certification process.

9.For the above-referenced reasons, Plaintiff respectfully requests the Court enter the attached Order extending the discovery and other deadlines in this case. Plaintiff's counsel are available for a conference call on this matter should the Court require same and will schedule such a conference call with the Court if required.

Respectfully submitted,

TIMOTHY M. KOLMAN & ASSOCIATES


_____
Timothy M. Kolman, Esquire

Date:July 14, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------
DOUGLAS EL                                           :
                                                     :    CIVIL ACTION
                                                     :
         Plaintiff,                                  :
    v.                                               :    NO.   02-CV-3591
                                                     :
SOUTHEASTERN PENNSYLVANIA                            :
TRANSPORTATION AUTHORITY                             :
                                                     :
                                                     :
         Defendant.                                  :
---------------------------------------------------------

# ORDER

AND NOW this         day of         , 2003 the class certification discovery deadline in this matter shall be extended from July 14, 2003 to November 14, 2003.

All trial exhibits shall be marked and exchanged on or before November 17, 2003.

Plaintiff shall identify and submit *curriculum vitae* for all expert witnesses on or before November 14, 2003.

Reports and/or response to expert witness discovery for all such expert witnesses shall be served by Plaintiff on Defendant on or before November 21, 2003.

Defendant shall identify and submit curriculum vitae for all expert witnesses on or before November 14, 2003.

Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Defendant on Plaintiff on or before November 28, 2003.

Motions for Summary Judgment are due by November 28, 2003.

The case will be placed in the Court's trial pool on or about December 1, 2003.

BY THE COURT:

_____
Hon. J. Curtis Joyner, U.S.D.J.