IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL<br>1711 West Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of<br>all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br>NO.   02-CV-1213<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Kristin M. Nobel, do hereby certify that on the date set forth below, I caused to be served a true and correct copy of a Motion for Extension of Discovery and Other Deadlines by mailing same, first class mail, postage prepaid upon the following individuals:

Frank Rivas, Esquire
Rivas Law Office
257 W. Uwchlan Avenue
Suite A
Downingtown, PA 19335
Attorney for Edens Corporation

Joseph M. Labuda
Milman & Heidecker
3000 Marcus Avenue
Suite 3W3
Lake Success, NY 11042
Attorney for Atlantic Paratrans, Inc.

Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 565
Philadelphia, PA 19103
Attorney for Community Transit of
Delaware County, Inc.

Theordore P. Winicov, Esquire
Barr, Winicov & Katz
1111 Stephen Girard Building
21 South 12th Street
Philadelphia, PA 19107
Attorney for Karpf's

| | |
|---|---|
| Robyn Ray, Esquire | David L. Woloshin, Esquire |
| Schubert Bellowoar | The Robinson Building |
| Two Penn Center, Suite 1400 | 42 South 15th Street |
| 1500 John F. Kennedy Blvd. | Suite 810 |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| Attorney for P&D Jagicla Enterprises | Attorney for King Limousine Service |
| t/a Liberty Vans | Inc., and Anderson Travel |

Robert Haurin, Esquire
Saul H. Krenzel and Associates
The Robinson Building
42 South 15th Street
Suite 800
Philadelphia, PA 19102


Date:   July 14, 2003                                                   _____
                                                                                            Kristin Nobel
                                                                                            Legal Assistant