IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                              :       CIVIL ACTION
                                        :
    vs.                                 :
                                        :
SOUTHEASTERN PENNSYLVANIA               :
TRANSPORTATION AUTHORITY,               :
J & D JAGICLA ENTERPRISES, INC.,        :
--------------------------------
SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY                :
                                        :
    vs.                                 :
                                        :
KING LIMOUSINE SERVICE, INC.,           :
ANDERSON TRAVEL, KRAPFS CPS, INC,
COMMUNITY TRANSIT, INC.,                :
ATLANTIC PARATRANS, INC.,                       NO. 02-3591
TRIAGE, INC., EDENS CORPORATION,        :
KING PARATRANSIT SERVICE, INC.
```

**NOTICE**

AND NOW, this        day of JULY, 2003, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **THURSDAY, AUGUST 21, 2003**, at **11:15** a.m. in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                                 or      BY THE COURT


BY:___ADRIENNE MANN___                  _____
        Deputy Clerk                    Judge

Civ 12 (9/83)