IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : |
| | : |
| vs. | : |
| | : |
| KING LIMOUSINE SERVICE, INC., TRIAGE, INC., ANDERSON TRAVEL, KRAPFS CPS, INC., J & D JAGICLA ENTERPRISES, INC., t/a LIBERTY VANS, ATLANTIC PARATRANS, INC., EDENS CORP., and COMMUNITY TRANSIT OF DELAWARE COUNTY, INC. | : |

**ORDER**

AND NOW, this          day of August, 2003, upon consideration of Plaintiff's Motion for Extension of Discovery and Other Deadlines and it appearing to the Court that only one of the additional defendants objects thereto and that cause exists for an extension of time, it is hereby ORDERED that the Motion is GRANTED and the time within which the parties have to conduct discovery is EXTENDED to October 14, 2003.  All other deadlines are hereby EXTENDED as follows:

   1.  All trial exhibits shall be marked and exchanged on or before October 15, 2003.

   2.  Plaintiff shall identify and submit Curriculum Vitae for all expert witnesses on or before October 14, 2003.  Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by Plaintiff on defendants on or before

October 22, 2003.

3. Defendants shall identify and submit Curriculum Vitae for all expert witnesses on or before October 14, 2003. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served by defendants on plaintiff on or before October 29, 2003.

4. All parties shall prepare and file with the Clerk of Court their Pretrial Memoranda, in accordance with this Order and Local Rule of Civil Procedure 16.1(c) on or before November 21, 2003.

5. All motions for summary judgment are due on or before November 11, 2003.

6. This case will be placed in the Court's trial pool on December 1, 2003.

In all other respects, this Court's earlier Scheduling Order of January 14, 2003 shall remain in full force and effect.

BY THE COURT:

_____
J. CURTIS JOYNER,       J.