IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL, | : | CIVIL ACTION |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | NO. 02-CV-3591 |
|     Defendant/Third Party Plaintiff | : | |
|   v. | : | |
| | : | |
| KING PARATRANSIT SERVICE, INC., et al., | : | |
|     Third Party Defendants | : | JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of Third Party Defendants King Paratransit Service, Inc. and King Limousine Service, Inc. in the above-captioned action.


Date:  August 6, 2003

REGINALD A. KRASNEY, ESQUIRE
Identification No.:  25743

565 East Swedesford Road
Suite 206

    Wayne, Pennsylvania  19087

    Phone:  (610) 687-3700

Fax:   (610) 293-9725