IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **DOUGLAS EL** : | |
| Individually and on behalf of : | |
| all others similarly situated, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | NO.   02-CV-3591 |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| 1234 Market Street : | |
| Philadelphia, PA 19107, : | |
| Defendant. : | |

---

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of Plaintiff Douglas El in the above-captioned matter.  Please note that this is *not* a substitution of counsel.  We will be serving as co-counsel for Plaintiff and the Class with Timothy M. Kolman & Associates.

Dated: August 20, 2003              / S /
                                    Eugene A. Spector, Esq.
                                    David J. Cohen, Esq.
                                    SPECTOR, ROSEMAN & KODROFF, P.C.
                                    1818 Market Street, Suite 2500
                                    Philadelphia, PA 19103
                                    (215) 496-0300

                                    Attorneys for Plaintiff and the Class