**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **DOUGLAS EL** | : |
| Individually and on behalf of | : |
| all others similarly situated, | : |
|     Plaintiff, | : |
|     v. | :     CIVIL ACTION |
| | :     NO.   02-CV-3591 |
| **SOUTHEASTERN PENNSYLVANIA** | : |
| **TRANSPORTATION AUTHORITY** | : |
| 1234 Market Street | : |
| Philadelphia, PA 19107, | : |
|     Defendant. | : |

---

## CERTIFICATE OF SERVICE

I, David J. Cohen, hereby certify that, on this 21st day of August, 2003, a true and correct copy of Spector Roseman & Kodroff's Entry of Appearance was sent to the following counsel by First Class U.S. mail:

**Wayne A. Ely, Esquire**
Timothy M. Kolman & Associates
225 Flowers Mill Road
Langhorne, Pa 19047
Attorney for Plaintiff Douglas El

**Robert J. Haurin, Esquire**
Saul H. Krenzel & Associates
The Robinson Building
42 South 15th Street, Suite 800
Philadelphia, Pa 19102
Attorney for Defendant and Third Party Plaintiff SEPTA

**Jeffrey Brian Killino, Esquire**
42 S. 15th Street, Suite 810
Philadelphia, Pa 19102
Attorney for Third Party Defendants Anderson Travel and Triage, Inc.

**Neil J. Hamburg, Esquire**
Hamburg & Golden PC
1601 Market Street, Suite 3310
Philadelphia, Pa 19103
Attorney for Third Party Defendant Community Transit, Inc.

**Robyn Rachelle Ray, Esquire**
Schubert Bellwoar Cahill & Quinn
Two Penn Ctr, Suite 1400
1500 J.F.K. Boulevard
Philadelphia, Pa 19102
Attorney for Third Party Defendant J & D Jagiela Enterprises, Inc.

**Reginald A. Krasney, Esquire**
565 East Swedesford Rd., Suite 206
Wayne, Pa 19087
Attorney for Third Party Defendants King Limousine Service, Inc.
and King Paratransit Service, Inc.

**Philip R. Voluck, Esquire**
Kaufman, Schneider & Bianco, Llp
600 W. Germantown Pike, Suite. 400
Plymouth Mtg, Pa 19462
Attorney for Third Party Defendant Krapfs Cps, Inc.

_____
David J. Cohen (74070)
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
(215) 496-0300

Attorney for Plaintiff and the Class