```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| vs. | | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| J & D JAGICLA ENTERPRISES, INC., | : | |
| -------------------------------- | | |
| SOUTHEASTERN PENNSYLVANIA | | |
| TRANSPORTATION AUTHORITY | : | |
| | | |
| vs. | : | |
| | | |
| KING LIMOUSINE SERVICE, INC., | : | |
| ANDERSON TRAVEL, KRAPFS CPS, INC, | | |
| COMMUNITY TRANSIT, INC., | : | |
| ATLANTIC PARATRANS, INC., | | NO. 02-3591 |
| TRIAGE, INC., EDENS CORPORATION, | : | |
| KING PARATRANSIT SERVICE, INC. | | |

**NOTICE**

AND NOW, this          day of AUGUST, 2003, it is Ordered that this matter is **RESCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **WEDNESDAY, SEPTEMBER 17, 2003,** at **3:00** p.m. in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                               or    BY THE COURT


BY:   ADRIENNE MANN                   _____
         Deputy Clerk                 Judge

Civ 12 (9/83)