### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
|   v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | NO. 02-CV-3591 |
|     Defendant/Third Party Plaintiff | : | |
| | : | |
|   v. | : | |
| | : | |
| EDENS CORPORATION, INC., et al., | : | |
|     Third Party Defendants | : | JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly note the undersigned's Entry of Appearance on behalf of Third Party Defendant, Edens Corporation.

Dated: August 27, 2003

Respectfully submitted,

FRANCISCO T. RIVAS
Identification No.: 37023
39 West Lancaster Avenue
Downingtown, PA 19335
Phone: (610) 873-5991
Fax:    (720) 834-6985
Email: ftr@RivasLaw.com