# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL, | : |
|     Plaintiff, | : |
| | : **Civil Action No.: 02CV3591** |
|   v. | : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : |
|     Defendant and Third Party Plaintiff, | : |
|   vs. | : |
| King Paratransit Service, Inc., et al. | : |
|     Third Party Defendants. | : |

## NOTICE OF MOTION

S I R S:

    Please take notice that the Third Party Defendant, Krapfs, CPS, Inc., by its attorneys, Kaufman, Schneider & Bianco, L.L.P. will move this Court before the Honorable Judge Joyner of this Court at 601 Market Street, Philadelphia, Pa. on September __, 2003, at 9:30 O'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, for an order granting summary judgment, dismissing the third party complaint, based upon the moving affidavit of Richard M. Howard (and attached exhibits), the supporting memorandum of law and the Rule 56.1 statement.

Dated: Plymouth Meeting, Pennsylvania
       August 25, 2003

                                      Kaufman, Schneider & Bianco, LLP
                                      Attorneys for Defendant

                                      By_____
                                      Philip Voluck (PRV    )
                                      600 West Germantown Pike
                                      Suite 400
                                      Plymouth Meeting, PA 19462-1046
                                      (610) 940-1720

rich:krapfs:nom