**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

--------------------------------------------------------

| | | |
|---|---|---|
| **DOUGLAS EL** | : | |
| **1711 W. Venango Street** | : | |
| **Philadelphia, PA 19140** | : | |
| **Individually and on behalf of** | : | **CIVIL ACTION** |
| **all others similarly situated,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **NO.    02-CV-3591** |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY** | : | |
| **1234 Market Street** | : | **JURY TRIAL DEMANDED** |
| **Philadelphia, PA 19107,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| **P & D Jagiela Enterprises, Inc. t/a** | : | |
| **Liberty Vans (Improperly Pleaded** | : | |
| **as J&D Jagicla Enterprises t/a Liberty** | : | |
| **Vans, et al.** | : | |
| | : | |
| **Third-Party Defendants.** | : | |

--------------------------------------------------------

**ENTRY OF APPEARANCE**

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Defendant, P&D Jagiela Enterprises, Inc., t/a

Liberty Vans, in the above-captioned matter.


s/Kevin B. Quinn                          Date: October 2, 2003
Kevin B. Quinn, Esquire
Attorneys for Third Party Defendant,
P&D Jagiela Enterprises, Inc., t/a Liberty Vans
Two Penn Center, Suite 1400
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1890
(215) 587-0126

## CERTIFICATE OF SERVICE

Eileen Maskery, an employee of Schubert, Bellwoar, Cahill & Quinn hereby certifies that she caused a copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF System, and was forwarded by the United States Postal Service, First Class Mail, postage prepaid on the following parties:.

| | |
|---|---|
| Wayne A. Ely, Esquire<br>TIMOTHY M. KOLMAN & ASSOCIATES<br>225 North Flowers Mills Road<br>Langhorne, PA 19047<br>**Attorney for Plaintiff and Purported Class** | Joseph M. Labuda, Esquire<br>MILMAN & HEIDECKER<br>3000 Marcus Avenue, Suite 3w3<br>Lake Success, NY 11042<br>**Attorney for T/P Defendant**<br>**Atlantic Paratrans, Inc.** |
| Dennis L. Scanlon, Esquire<br>Robert J. Haurin, Esquire<br>SAUL H. KRENZEL & ASSOCIATES<br>42 s. 15th Street, Suite 800<br>Philadelphia, PA 19103<br>**Attorney for Defendant-T/P Plaintiff**<br>**SEPTA** | Theodore Winicov, Esquire<br>BARR, WINICOV & KATZ<br>111 Stephen Girard Building<br>21 South 12th Street<br>Philadelphia, PA 199107-3684<br>**Attorney for T/P Defendant**<br>**Krapfs CPS, Inc.** |
| Neil J. Hamburg, Esquire<br>Thomas Moshang III, Esq.<br>HAMBERG & GOLDEN, P.C.<br>1601 Market Street, Suite 565<br>Philadelphia, PA 19103<br>**Attorney for T/P Defendant**<br>**Community Transit of Delaware County, Inc.** | Edens Corporation<br>31 North Columbus Boulevard<br>Pier 3, Suite 328<br>Philadelphia, PA 19106 |
| Philip Voluck, Esquire<br>Kaufman, Schneider & Bianco, LLP<br>600 West Germantown Pike, Suite 400<br>Plymouth Meeting, PA 19462-1046<br>**Attorney for T/P Defendant**<br>**Krapfs CPS, Inc.** | Reginald A. Krasney, Esquire<br>717 Constitution Drive<br>Suite 100<br>Exton, Pa 19341<br><br>Francisco T. Rivas, Esquire<br>39 West Lancaster Avenue<br>Downingtown, Pa 19335 |
| David L. Woloshin, Esquire<br>42 South 15th Street, Suite 810<br>Philadelphia, PA 19102<br>**Attorney for T/P Defendant**<br>**King Limousine Service, Inc. Triage, Inc.**<br>**and Anderson Travel** | Marc E. Weinstein, Esquire<br>The Weinstein Law Firm<br>One Northbrook Corp Ctr<br>1210 Northbrook Drive, Ste 280<br>Trevose, Pa 19053 |

Dated:<u>October 2, 2003</u>                        <u>s/Eileen Maskery</u>
                                                              Eileen Maskery