IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL,** | : | CIVIL ACTION |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY,** | : | NO. 02-CV-3591 |
|     Defendant/Third Party Plaintiff | : | |
|   v. | : | |
| | : | |
| **KING PARATRANSIT SERVICE, INC., et al.,** | : | |
|     Third Party Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED, REGINALD A. KRASNEY, ESQUIRE, Attorney for Third Party Defendants, King Paratransit Service, Inc. and King Limousine Service, Inc., in the above-captioned case, hereby certifies that a true, correct and complete copy of foregoing Motion for Summary Judgment, with proposed Order and Memorandum of Law in Support, was served upon counsel for all parties listed herein by United States First Class Mail, on the date set forth below, addressed as follows:

SEE ATTACHED DISTRIBUTION LIST

Date:   October 8, 2003

REGINALD A. KRASNEY, ESQUIRE
Pennsylvania Supreme Court ID No.:  25743
*Attorney for Third Party Defendants,*
*King Paratransit Service, Inc. and*
*King Limousine Service, Inc.*

717 Constitution Drive
Suite 100

Exton, Pennsylvania  19341

Phone:  (610) 458-3220
Fax:    (610) 458-3225

# **DISTRIBUTION LIST**

Eugene A. Spector, Esquire  
Spector, Roseman & Kodroff, P.C.  
1818 Market Street, Suite 2500  
Philadelphia, PA 19103  

*Attorney for Plaintiff and  
      Purported Class*

Wayne A. Ely, Esquire  
Timothy M. Kolman & Associates  
225 North Flowers Mills Road  
Langhorne, PA 19047  

*Attorney for Plaintiff and  
      Purported Class*

Robert J. Haurin, Esquire  
Saul H. Krenzel & Associates  
42 South 15th Street, Suite 800  
Philadelphia, PA 19102  

*Attorney for SEPTA*

David L. Woloshin, Esquire  
David L. Woloshin, P.C.  
42 South 15th Street, Suite 810  
Philadelphia, PA 19102  

*Attorney for Triage, Inc. and Anderson  
      Travel*

Philip R. Voluck, Esquire  
Kaufman, Schneider & Bianco  
600 West Germantown Pike, Suite 400  
Plymouth Meeting, PA 19462  

*Attorney for Krapfs CPS, Inc.*

Francisco T. Rivas, Esquire  
Rivas Law Office  
257 West Uwchlan Avenue, Suite A  
Downingtown, PA 19335  

*Attorney for Edens Corporation*

Robyn Rachelle Ray, Esquire  
Schubert, Bellwoar, Cahill & Quinn  
Two Penn Center, Suite 1400  
1500 John F. Kennedy Boulevard  
Philadelphia, PA 19102  

*Attorney for J&D Jagiela Enterprises,  
      Inc., t/a Liberty Vans*

Joseph M. Labuda, Esquire  
Milman & Heidecker  
3000 Marcus Avenue  
Suite 3W3  
Lake Success, NY 11042  

*Attorney for Atlantic Paratrans, Inc.*

Neil J. Hamburg, Esquire  
Hamburg & Golden, P.C.  
1601 Market Street, Suite 3310  
Philadelphia, PA 19103-1433  

*Attorney for Community Transit of  
      Delaware County, Inc.*