IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | NO. 02-CV-3591 |
| Defendant/Third Party Plaintiff | : | |
| v. | : | |
| | : | |
| KING PARATRANSIT SERVICE, INC., et al., | : | |
| Third Party Defendants | : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW,** this            day of                    , 2003, upon consideration of the Motion for Summary Judgment of Third Party Defendants, King Paratransit Service, Inc. and King Limousine Service, Inc., and any response thereto, it is hereby

**ORDERED** and **DECREED** that said Motion for Summary Judgment is **GRANTED,** and that the Third Party Complaint of Defendant/Third Party Plaintiff, Southeastern Pennsylvania Transportation Authority, is **DISMISSED WITH PREJUDICE.**

BY THE COURT:


J. CURTIS JOYNER, J.