IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL** | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | NO. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | |
| | : | |
| VS. | : | |
| | : | **JURY TRIAL DEMANDED** |
| KING PARATRANSIT SERVICE, INC., AND ELDENS, CORPORATION, AND TRIAGE, INC. , AND ATLANTIC PARATRANS, INC., AND COMMUNITY TRANSIT, INC., AND J&D JAGICLA ENTERPRISES, INC.,t/a LIBERTY VANS, AND KRAPFS CPS, INC.,AND ANDERSON TRAVEL, AND KING LIMOUSINE SERVICE, INC. | : | |

**O R D E R**

      **AND NOW,** on this            day of                    , 2003, upon consideration of the Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. and any response thereto, it is hereby **ORDERED** that the Motion for Summary Judgment is granted. Judgment is entered in favor of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. and against Third Party Plaintiff, Southeastern Pennsylvania Transportation Authority.

                               BY THE COURT:

                               _____
                                                             J.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL** | : | CIVIL ACTION |
| | : | |
| VS. | : | |
| | : | NO. 02CV3591 |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY** | : | |
| | : | |
| VS. | : | |
| | : | JURY TRIAL DEMANDED |
| **KING PARATRANSIT SERVICE, INC.,** | : | |
| **AND ELDENS, CORPORATION, AND** | : | |
| **TRIAGE, INC. , AND ATLANTIC** | : | |
| **PARATRANS, INC., AND** | : | |
| **COMMUNITY TRANSIT, INC.,** | : | |
| **AND J&D JAGICLA ENTERPRISES,** | : | |
| **INC.,t/a LIBERTY VANS, AND** | : | |
| **KRAPFS CPS, INC.,AND ANDERSON** | : | |
| **TRAVEL, AND KING LIMOUSINE** | : | |
| **SERVICE, INC.** | : | |

### THIRD PARTY DEFENDANT'S, TRIAGE, INC. AND ANDERSON TRAVEL, INC.'S MOTION FOR SUMMARY JUDGMENT

Third Party Defendant's, Triage, Inc. and Anderson Travel, Inc. by and through the undersigned counsel, hereby present their Motion for Summary Judgment.

1. Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. hereby incorporate by reference as if fully set forth herein the Motions for Summary Judgment of each and every other Third Party Defendant hereto before filed in this matter and each and every Motion for Summary Judgment filed hereafter by any other Third Party Defendants in the within matter.

2. Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. hereby join each and every Motion for Summary Judgment hereto before filed in this matter and each and every Motion for Summary Judgment filed hereafter by any other Third Party Defendants to this action.

**WHEREFORE,** it is respectfully requested that this Honorable Court grant the Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. and grant any other further relief this Honorable Court may deem just and proper.

        Respectfully submitted,

        **DAVID L. WOLOSHIN, P.C.**


**BY:**_____
      **JEFFREY B. KILLINO, ESQUIRE**
      **Attorney for Third Party Defendants,**
      **Triage, Inc. and Anderson Travel, Inc.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS EL** : | CIVIL ACTION |
| : | |
| VS. : | |
| : | NO. 02CV3591 |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| : | |
| VS. : | |
| : | JURY TRIAL DEMANDED |
| **KING PARATRANSIT SERVICE, INC.,** : | |
| **AND ELDENS, CORPORATION, AND** : | |
| **TRIAGE, INC. , AND ATLANTIC** : | |
| **PARATRANS, INC., AND** : | |
| **COMMUNITY TRANSIT, INC.,** : | |
| **AND J&D JAGICLA ENTERPRISES,** : | |
| **INC.,t/a LIBERTY VANS, AND** : | |
| **KRAPFS CPS, INC.,AND ANDERSON** : | |
| **TRAVEL, AND KING LIMOUSINE** : | |
| **SERVICE, INC.** : | |

### MEMORANDUM OF LAW IN SUPPORT OF THIRD PARTY DEFENDANTS, TRIAGE, INC. AND ANDERSON TRAVEL, INC.'S MOTION FOR SUMMARY JUDGMENT

Third Party Defendant's, Triage, Inc. and Anderson Travel, Inc. by and through the undersigned counsel, hereby present their Motion for Summary Judgment.

**I. ARGUMENT**

Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. hereby incorporate by reference as if fully set forth herein the Memorandum of Law in Support of the Motions for Summary Judgment of each and every other Third Party Defendants hereto before filed in this matter and each and every Memorandum of Law in Support of the Motion for Summary Judgment filed hereafter by any other Third Party Defendants in the within matter.

Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. hereby join each and every Memorandum of Law in Support of the Motions for Summary Judgment filed hereto before filed in this matter and each and every Memorandum of Law in Support of the Motions for Summary Judgment filed hereafter by any other Third Party Defendants in the within matter.

## II. CONCLUSION

It is respectfully requested that this Honorable Court grant the Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. and grant any other further relief this Honorable Court may deem just and proper.

Respectfully submitted,

**DAVID L. WOLOSHIN, P.C.**


BY:_____
**JEFFREY B. KILLINO, ESQUIRE**
**Attorney for Third Party Defendants,**
**Triage, Inc. and Anderson Travel, Inc.**

## CERTIFICATION OF SERVICE

I hereby certify that service of a true and correct copy of the enclosed Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. was made on October 13, 2003 to counsel below named by United States Mail, Postage Pre-paid:

Francisco T. Rivas, Esquire
Rivas Law Office
257 W. Uwchlan Avenue
Suite A
Downingtown, PA   19335

Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 565
Philadelphia, PA   19103

Eugene A. Spector, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA   19103

Joseph M. Labuda, Esquire
Milman and Heidecker
3000 Marcus Avenue
Suite 3W3
Lake Success, N.Y.   11042

Robert Haurin, Esquire
Saul H. Krenzel & Associates
42 South 15th Street
Suite 800
Philadelphia, PA   19102

Wayne Ely, Esquire
Timothy M. Kolman & Associates
225 N. Flowers Mill Road
Langhorne, PA   19047

Robyn Rachelle Ray, Esquire
Law Offices of Schubert Bellwoar
Suite 1400, Two Penn Center
1500 John F. Kennedy Boulevard
Philadelphia, PA   19102-1890

Philip R. Voluck, Esquire
Kaufman, Schneider & Bianco, LLP
600 West Germantown Pike
Suite 400
Plymouth Meeting, PA   19462

Reginald A. Krasney, Esquire
717 Constitution Drive
Suite 100
Exton, PA   19341

BY:_____
**JEFFREY B. KILLINO, ESQUIRE**
**Attorney for Third Party Defendants,**
**Triage, Inc. and Anderson Travel**

October 10, 2003

United States District Court
for the Eastern District of Pennsylvania
Room 2609, U.S. Courthouse
601 Market Street
Philadelphia, PA   19106

Attention: Michael E. Kunz,
             Clerk of the Courts

    **RE:   Douglas El vs. Septa vs. King Paratransit Service, Inc., et al.
        United States District Court for Eastern District of Pennsylvania
        Civil Action No.   :   02CV3591**

Dear Mr. Kunz:

    Enclosed herewith please find the original and two (2) copies of the Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. in connection with the above-captioned matter. Please file the original of record and return the two (2) time-stamped copies to me in the enclosed, self-addressed envelope. Also enclosed is a copy of the Motion for Summary Judgment of Third Party Defendants, Triage, Inc. and Anderson Travel, Inc. on a floppy disk in PDF format.

    Very truly yours,

    **JEFFREY B. KILLINO, ESQUIRE**

JBK/bs
Enclosure

cc:    Francisco T. Rivas, Esquire
       Eugene A. Spector, Esquire
       Robert Haurin, Esquire
       Wayne Ely, Esquire
       Philip R. Voluck, Esquire
       Robyn Rachelle Ray, Esquire
       Neil J. Hamburg, Esquire
       Joseph M. Labuda, Esquire
       Reginald A. Krasney, Esquire
       The Honorable J. Curtis Joyner