**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOUGLAS EL,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY,** | : | **NO. 02-CV-3591** |
| **Defendant/Third Party Plaintiff** | : | |
| **v.** | : | |
| | : | |
| **EDENS CORPORATION, et al.,** | : | |
| **Third Party Defendants** | : | **JURY TRIAL DEMANDED** |

<u>**CERTIFICATE OF SERVICE**</u>

THE UNDERSIGNED, FRANCISCO T. RIVAS, ESQUIRE, Attorney for Third

Party Defendant, Edens Corporation in the above captioned case, hereby certifies that a true,

correct and complete copy of foregoing Motion for Summary Judgment, with proposed Order and

Memorandum of Law in Support, was served upon counsel for all parties listed herein by United

States First Class Mail, on the date set forth below, addressed as follows:

**SEE ATTACHED DISTRIBUTION LIST**

_____
Francisco T. Rivas
39 West Lancaster Ave.
Downingtown, PA 19335
610-873-5991
Facsimile: 720-834-6985

Date:   October 17, 2003

## DISTRIBUTION LIST

Eugene A. Spector, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

***Attorney for Plaintiff and
Purported Class***

Wayne A. Ely, Esquire
Timothy M. Kolman & Associates
225 North Flowers Mills Road
Langhorne, PA 19047

***Attorney for Plaintiff and
Purported Class***

Robert J. Haurin, Esquire
Saul H. Krenzel & Associates
42 South 15th Street, Suite 800
Philadelphia, PA 19102

***Attorney for SEPTA***

David L. Woloshin, Esquire
David L. Woloshin, P.C.
42 South 15th Street, Suite 810
Philadelphia, PA 19102

***Attorney for Triage, Inc. and Anderson
Travel***

Philip R. Voluck, Esquire
Kaufman, Schneider & Bianco
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

***Attorney for Krapfs CPS, Inc.***

Reginald Krasney, Esq.
717 Constitution Drive
Suite 100
           Exton, Pennsylvania  19341

***Attorney for King Transportation***

Robyn Rachelle Ray, Esquire
Schubert, Bellwoar, Cahill & Quinn
Two Penn Center, Suite 1400
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

***Attorney for J&D Jagiela Enterprises,
Inc., t/a Liberty Vans***

Joseph M. Labuda, Esquire
Milman & Heidecker
3000 Marcus Avenue
Suite 3W3
Lake Success, NY 11042

***Attorney for Atlantic Paratrans, Inc.***

Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1433

***Attorney for Community Transit of
Delaware County, Inc.***