IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL, | : | CIVIL ACTION |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | No. 02-CV-3591 |
|     Defendant/Third Party Plaintiff | : | |
|   v. | : | |
| | : | |
| EDENS CORPORATION., *et al.*, | : | |
|     Third Party Defendants | : | JURY TRIAL DEMANDED |

ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion for Summary Judgment of Third-Party Defendant, Edens Corporation, and any responses thereto, it is hereby

ORDERED and DECREED that said Motion for Summary Judgment is GRANTED, and that the Third-Party Complaint of Defendant/Third-Party Plaintiff, Southeastern Pennsylvania Transportation Authority, is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
J. CURTIS JOYNER, J.