IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant and Third Party Plaintiff | : | |
| v. | : | |
| KING PARATRANSIT SERVICES, INC. et al. | : | |
| Third Party Defendants. | : | |

**DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AGAINST PLAINTIFF**

    Defendant, Southeastern Pennsylvania Transportation Authority (hereafter "SEPTA") moves this Court for an Order granting it summary judgment in its favor and against Plaintiff and dismissing Plaintiff's Amended Complaint for the reasons more fully set forth in SEPTA's Memorandum of Law in Support of its Motion for Summary Judgment against Plaintiff.

    Respectfully submitted,

_____
Robert J. Haurin
SAUL H. KRENZEL & ASSOCIATES
Attorneys for SEPTA

                                          The Robinson Building  
                                        42 South 15th Street, Suite 800  
                                        Philadelphia, PA 19102  
Dated:  November 12, 2003            (215) 977-7230