### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                          : CIVIL ACTION
                                    :
     vs.                            :
                                    : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA           :
TRANSPORTATION AUTHORITY            :
                                    :
     vs.                            :
                                    :
KING LIMOUSINE SERVICE, INC.,       :
TRIAGE, INC., ANDERSON TRAVEL,      :
KRAPFS CPS, INC., J & D             :
JAGICLA ENTERPRISES, INC.,          :
t/a LIBERTY VANS, ATLANTIC          :
PARATRANS, INC., EDENS CORP.,       :
and COMMUNITY TRANSIT OF            :
DELAWARE COUNTY, INC.               :
```

**ORDER**

AND NOW, this          day of November, 2003, upon consideration of Plaintiff's Motion for Extension of Time (Document No. 53) and following telephone conference call with the parties, it is hereby ORDERED that the Plaintiff's Motion is DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,       J.