IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                         : CIVIL ACTION
                                   :
    vs.                            :
                                   : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA          :
TRANSPORTATION AUTHORITY           :
                                   :
    vs.                            :
                                   :
KING LIMOUSINE SERVICE, INC.,      :
TRIAGE, INC., ANDERSON TRAVEL,     :
KRAPFS CPS, INC., J & D            :
JAGICLA ENTERPRISES, INC.,         :
t/a LIBERTY VANS, ATLANTIC         :
PARATRANS, INC., EDENS CORP.,      :
and COMMUNITY TRANSIT OF           :
DELAWARE COUNTY, INC.              :
```

**ORDER**

AND NOW, this            day of November, 2003, upon consideration of Plaintiff's Motion for Contempt and to Compel Responses to Subpoena/Discovery Request against Additional Defendant Edens Transportation (Document No. 51), and the said Additional Defendant's Cross-Motion for Protective Order (Document No. 54), and it appearing to the Court that Additional Defendant has now agreed to provide the subpoenaed documents, it is hereby ORDERED that the Motion for Contempt and the Cross-Motion for Protective Order are DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.