IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL,** | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY,** | : | NO. 02-CV-3591 |
| Defendant/Third Party Plaintiff | : | |
| v. | : | |
| | : | |
| **KING PARATRANSIT SERVICE, INC., et al.,** | : | |
| Third Party Defendants | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED, REGINALD A. KRASNEY, ESQUIRE, attorney for Third Party Defendants King Paratransit Service, Inc. and King Limousine Service, Inc. in the above-captioned case, hereby certifies that a true, correct and complete copy of the foregoing Reply Memorandum of Law in Support of said Third Party Defendants' Motion for Summary Judgment was served upon all counsel of record, by United States First Class Mail on the date set forth below, addressed as follows:

SEE ATTACHED DISTRIBUTION LIST

Date:   November 21, 2003

REGINALD A. KRASNEY, ESQUIRE
Pennsylvania Supreme Court ID No.:  25743
*Attorney for Third Party Defendants,*
*King Paratransit Service, Inc. and*
*King Limousine Service, Inc.*

717 Constitution Drive
Suite 100
Exton, Pennsylvania  19341

Fax:    (610) 458-3225

# DISTRIBUTION LIST

David J. Cohen, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorney for Plaintiff and Purported Class*

Wayne A. Ely, Esquire
Timothy M. Kolman & Associates
225 North Flowers Mills Road
Langhorne, PA 19047

*Attorney for Plaintiff and Purported Class*

Robert J. Haurin, Esquire
Saul H. Krenzel & Associates
42 South 15th Street, Suite 800
Philadelphia, PA 19102

*Attorney for SEPTA*

David L. Woloshin, Esquire
David L. Woloshin, P.C.
42 South 15th Street, Suite 810
Philadelphia, PA 19102

*Attorney for Triage, Inc. and Anderson Travel*

Philip R. Voluck, Esquire
Kaufman, Schneider & Bianco
600 West Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

*Attorney for Krapfs CPS, Inc.*

Francisco T. Rivas, Esquire
Rivas Law Office
257 West Uwchlan Avenue, Suite A
Downingtown, PA 19335

*Attorney for Edens Corporation*

Kevin B. Quinn, Esquire
Schubert, Bellwoar, Cahill & Quinn
Two Penn Center, Suite 1400
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

*Attorney for J&D Jagiela Enterprises, Inc., t/a Liberty Vans*

Joseph M. Labuda, Esquire
Milman & Heidecker
3000 Marcus Avenue
Suite 3W3
Lake Success, NY 11042

*Attorney for Atlantic Paratrans, Inc.*

Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1433

*Attorney for Community Transit of Delaware County, Inc.*