IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                          : CIVIL ACTION
                                    :
     vs.                            :
                                    : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA           :
TRANSPORTATION AUTHORITY            :
                                    :
     vs.                            :
                                    :
KING LIMOUSINE SERVICE, INC.,       :
TRIAGE, INC., ANDERSON TRAVEL,      :
KRAPFS CPS, INC., J & D             :
JAGICLA ENTERPRISES, INC.,          :
t/a LIBERTY VANS, ATLANTIC          :
PARATRANS, INC., EDENS CORP.,       :
and COMMUNITY TRANSIT OF            :
DELAWARE COUNTY, INC.               :
```

**AMENDED SCHEDULING ORDER**

AND NOW, this            day of November, 2003, it is hereby ORDERED that this Court's August 4, 2003 Scheduling Order is amended as follows:

1.  Plaintiff may now seek merits discovery from all parties.

2.  Merits discovery shall be completed by March 15, 2004.

3.  Plaintiff's opposition to Defendant SEPTA's motion for summary judgment (including any expert report) shall be filed and delivered to all counsel on or before March 15, 2004.

BY THE COURT:

_____
J. CURTIS JOYNER,    J.