IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                         : CIVIL ACTION
                                   :
     vs.                           :
                                   : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA          :
TRANSPORTATION AUTHORITY           :
                                   :
     vs.                           :
                                   :
KING LIMOUSINE SERVICE, INC.,      :
TRIAGE, INC., ANDERSON TRAVEL,     :
KRAPFS CPS, INC., J & D            :
JAGICLA ENTERPRISES, INC.,         :
t/a LIBERTY VANS, ATLANTIC         :
PARATRANS, INC., EDENS CORP.,      :
and COMMUNITY TRANSIT OF           :
DELAWARE COUNTY, INC.              :
```

**ORDER**

AND NOW, this         day of November, 2003, upon consideration of the Motion of Third Party Defendant, Edens Corporation for Protective Order (Document No. 57), and it appearing to the Court that this is the identical motion to that filed on November 10, 2003 (Document No. 54) and that denied as moot in our Order dated November 18, 2003, it is hereby ORDERED that the said Motion is again DENIED as MOOT.

                                          BY THE COURT:

                                        _____

                                        J. CURTIS JOYNER,       J.