IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL<br>1711 West Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of<br>all others similarly situated, | :<br>:<br>:<br>:<br>: | CIVIL ACTION |
| Plaintiff, | :<br>: | NO.   02-CV-1213 |
| v. | :<br>: | |
| SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107, | :<br>:<br>:<br>:<br>: | JURY TRIAL DEMANDED |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Kristin M. Nobel, do hereby certify that on the date set forth below, I caused to be served a true and correct copy of Plaintiff's Motion for Permission to Propound More Than 25 Interrogatories Upon Defendant SEPTA by first class, mail upon the following individuals:

Frank Rivas, Esquire
Rivas Law Office
257 W. Uwchlan Avenue
Suite A
Downingtown, PA 19335
Attorney for Edens Corporation

Joseph M. Labuda
Milman & Heidecker
3000 Marcus Avenue
Suite 3W3
Lake Success, NY 11042
Attorney for Atlantic Paratrans, Inc.

Neil J. Hamburg, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 565
Philadelphia, PA 19103
Attorney for Community Transit of
Delaware County, Inc.

David Woloshin, Esquire
The Robinson Building
42 South 15th Street
Suite 810
Philadelphia, PA 19102
Attorney for King Limousine Service
Inc., and Anderson Travel

| | |
|---|---|
| Robyn Ray, Esquire<br>Schubert Bellowoar<br>Two Penn Center, Suite 1400<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102<br>Attorney for P&D Jagicla Enterprises<br>t/a Liberty Vans | Robert Harurin, Esquire<br>Saul H. Krenzel and Associates<br>The Robinson Building<br>42 South 15th Street<br>Suite 800<br>Philadelphia, PA 19102<br>Attorney for SEPTA |
| Philip R. Voluck, Esquire<br>Kaufman, Schneider and Bianco, LLP<br>600 West Germantown Pike<br>Suite 400<br>Plymouth Meeting, PA 19462 | Reginald Krasney, Esquire<br>717 Constitution Drive<br>Suite 100<br>Exton, PA 19341 |

Date:   December 10, 2003

_____
Kristin Nobel, Paralegal