## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
     vs.                          :
                                  :
KING LIMOUSINE SERVICE, INC.,     :
TRIAGE, INC., ANDERSON TRAVEL,    :
KRAPFS CPS, INC., J & D           :
JAGICLA ENTERPRISES, INC.,        :
t/a LIBERTY VANS, ATLANTIC        :
PARATRANS, INC., EDENS CORP.,     :
and COMMUNITY TRANSIT OF          :
DELAWARE COUNTY, INC.             :
```

**<u>ORDER</u>**

AND NOW, this          day of December, 2003, upon consideration of Plaintiff's Motion to Compel the Production of Documents and Interrogatory Answers from Anderson Travel and Triage, Inc. and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Anderson Travel and Triage, Inc. are DIRECTED to file full and complete responses to Plaintiff's Interrogatories and Request for Production of Documents within twenty (20) days of the date of this Order.[1]

---

[1] Given that Plaintiff's discovery requests appear reasonably calculated to lead to the discovery of admissible evidence in this matter, it is irrelevant that Anderson Travel and Triage, Inc. were dismissed as third party defendants from this case on December 10, 2003.

```
                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER,         J.
```