IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
```

**ORDER**

AND NOW, this            day of December, 2003, upon consideration of Plaintiff's Motion to Compel Rule 30(b)(6) Deposition Testimony from SEPTA and SEPTA's response thereto and Cross-Motion for Discovery Sanctions, it is hereby ORDERED that the Motions are DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER,         J.

---

[1] In so holding, the Court does not find that the matters identified in sections (iv)-(vii) of Plaintiff's Rule 30(b)(6) deposition notice are the proper subject of discovery within the meaning of Rule 26.