IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL<br>1711 W. Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of all<br>others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107,<br><br>        Defendant.<br><br>P & D Jagiela Enterprises, Inc. t/a Liberty<br>Vans (Improperly Pleaded<br>as J&D Jagiela Enterprises t/a Liberty<br>Vans, et ale<br><br>        Third-Party Defendants. | CIVIL ACTION<br><br><br><br>NO.   02-CV -3591<br><br><br><br>JURY TRIAL DEMANDED |

<u>SIIPULA TION DISMISSING THIRD-PARTY DEFENDANT. P & D JAGIELA
ENTERPRISES. INC. tJa LIBERTY VANS BY DEFENDANTffHIRD-PARTY</u>
PLAINTIFF SOUTHEASTERN PENNSYL VANIA TRANSPORTATION AUTHORITY

IT IS HEREBY STIPULATED AND AGREED that the third-party Complaint of

Defendant/Third Party Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA")

is dismissed with prejudice to third-party Defendant P& D Jagiela Enterprises, Inc. t/a Liberty

Vans; and

IT IS FURTHER STIPULATED AND AGREED by and between undersigned counsel

that the Defendant/Third-Party Plaintiff SEPTA shall retain its right to appeal the Court's


2

December 10,2003 Decision at the conclusion of the litigation and that said appeal shall likewise apply to Third-Party Defendant P & D Jagiela Enterprises, Inc. t/a Liberty Vans.

_____
ROBERT J. HAURIN, ESQUIRE
Attorney for Defendant/Third-Party Plaintiff
SEPTA

_____
KEVIN B. QUINN, ESQUIRE
Attorney for Third-Party Defendant,
P & D Jagiela Enterprises, Inc. t/a Liberty Vans

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL<br>1711 W. Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of<br>all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107,<br><br>      Defendant.<br><br>P & D Jagiela Enterprises, Inc. t/a Liberty<br>Vans (Improperly Pleaded<br>as J&D Jagiela Enterprises t/a Liberty Vans,<br>et al.<br><br>      Third-Party Defendants. | CIVIL ACTION<br><br><br>NO.  02-CV-3591<br><br><br>JURY TRIAL DEMANDED |

CERTIFICATE OF SERVICE

      I, KEVIN B. QUINN, ESQUIRE, certify that I caused the original Stipulation Dismissing Third-Part Defendant P & D Jagiela Enterprises, Inc     t/a Liberty Vans by Defendant/Third-Party Plaintiff Southeastern Pennsylvania Transportation Authority to be filed with Clerk of the United States District Court, 601 Market Street, Room 2609, Philadelphia, PA 19106-1797 by United States Mail and by copies of documents on disk in portable document format   .PDF) and that on the date listed below I caused a true and correct copy of the Stipulation of Dismissal to be served on the following by regular first-class mail

3

Robert J. Haurin, Esquire
SAUL H. KRENZEL & ASSOCIATES
42 s. 15th Street, Suite 800
Philadelphia, PA 19103

David Cohen, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, P A 19103

<u>Date: January 9, 2004</u>

_____
KEVIN B. QUINN, ESQUIRE Attorney
for Third-Party Defendant, P & D
Jagiela Enterprises, Inc. t/a Liberty Vans

4