IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |

**ORDER**

AND NOW, this          day of January, 2004, the Court having been advised that Defendant wishes to withdraw its Motion to Direct Plaintiff to Comply with Service Rules, it is hereby ORDERED that the Motion is DENIED and DISMISSED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.