IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
```

**ORDER**

AND NOW, this           day of February, 2004, upon consideration of Plaintiff's Second Motion to Compel Production of Documents from Edens Corporation and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Edens Corporation is DIRECTED to provide full and complete answers to all of Plaintiff's Interrogatories and to fully and completely respond to all of Plaintiff's Requests for Production of Documents within fifteen (15) days of the date of this Order or suffer the imposition of such sanctions as this Court shall deem appropriate upon further motion therefor by Plaintiff.  See Generally: Fed.R.Civ.P. 37; Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
J. CURTIS JOYNER,         J.