### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS EL** : | |
| Plaintiff : | |
| v. : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| : | **CIVIL ACTION** |
| Defendant : | No. 02CV3591 |
| : | |

## ORDER

**AND NOW** on this _____ day of _____, 2004, upon consideration of Plaintiff's Second Motion to Compel Discovery from Anderson Travel and Triage, Inc. response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Second Motion to Compel Discovery is **DENIED** as **MOOT**.

                                                **BY THE COURT:**

                                                _____
                                                **THE HONORABLE J. CURTIS JOYNER**
                                                *United States Magistrate Judge*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DOUGLAS EL** : | |
| Plaintiff : | |
| v. : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| : | **CIVIL ACTION** |
| **Defendant** : | **No. 02CV3591** |
| : | |

**ANSWER OF ANDERSON TRAVEL AND TRIAGE, INC. TO PLAINTIFF'S SECOND**
**MOTION TO COMPEL DISCOVERY**

Anderson Travel and Triage, Inc. (hereinafter "the Dismissed Parties") hereby answer Plaintiff's Second Motion to Compel Discovery as follows:

1-19. On December 10, 2003, the Dismissed Parties were dismissed from this action. A true and correct copy of the Court's Order dismissing the Dismissed Parties from this action is attached hereto as **Exhibit "A"**. This Honorable Court did subsequently order the Dismissed Parties to provide responses to Plaintiff's outstanding discovery requests. The Dismissed Parties complied with the Order and provided answers to Plaintiff's discovery. True and correct copies of the answers are attached to Plaintiff's Motion as Exhibit H. Plaintiff sought more complete responses to the discovery requests. The Dismissed Parties then provided an Affidavit which establishes that full and complete responses were indeed already supplied. In light of the fact that the Dismissed Parties were dismissed from this action and that they have provided full and complete answers to Plaintiff's discovery Plaintiff's Second Motion to Compel must be denied as Moot.

**WHEREFORE**, the Dismissed Parties respectfully request this Honorable Court to Denied

Plaintiff's Second Motion to Compel Discovery as Moot.

                              **DAVID L. WOLOSHIN, P.C.**


**BY:**_____
      **Jeffrey B. Killino, Esquire**
      **Attorney for Defendants, Anderson Travel**
      **and Triage, Inc.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DOUGLAS EL** : | |
|  **Plaintiff** : | |
| v. : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| : | **CIVIL ACTION** |
|  **Defendant** : | **No. 02CV3591** |
| : | |

**BRIEF IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL TO DISCOVERY FROM ANDERSON TRAVEL AND TRIAGE, INC.**

Anderson Travel and Triage, Inc. (hereinafter "the Dismissed Parties") by and through the undersigned counsel hereby submits their Brief in Opposition to Plaintiff's Second Motion to Compel Discovery as follows:

On December 10, 2003, the Dismissed Parties were dismissed from this action. A true and correct copy of the Court's Order dismissing the Dismissed Parties from this action is attached hereto as **Exhibit "A"**. This Honorable Court did subsequently order the Dismissed Parties to provide responses to Plaintiff's outstanding discovery requests. The Dismissed Parties complied with the Order and provided answers to Plaintiff's discovery. True and correct copies of the answers are attached to Plaintiff's Motion as Exhibit H. Plaintiff sought more complete responses to the discovery requests. The Dismissed Parties then provided an Affidavit which establishes that full and complete responses were indeed already supplied. In light of the fact that the Dismissed Parties were dismissed from this action and that they have provided full and complete answers to Plaintiff's discovery Plaintiff's Second Motion to Compel must be denied as Moot.

**WHEREFORE**, the Dismissed Parties respectfully request this Honorable Court to Denied Plaintiff's Second Motion to Compel Discovery as Moot.

        **DAVID L. WOLOSHIN, P.C.**

**BY:**_____
    **Jeffrey B. Killino, Esquire**
    **Attorney for Defendants Anderson Travel**
    **and Triage, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS EL** : | |
|     **Plaintiff** : | |
|   v. : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY** : | |
| : | **CIVIL ACTION** |
|     **Defendant** : | No. 02CV3591 |
| : | |

## CERTIFICATION OF SERVICE

      I hereby certify that service of a true and correct copy of the enclosed Defendants Anderson Travel and Triage, Inc.'s Answer to Plaintiff's Second Motion to Compel Discovery was made on February 10, 2004 to counsel below named by United States Mail, Postage Pre-paid.

Robert J. Haurin, Esquire
**Saul H. Krenzel and Assoicates**
The Robinson Building, Suite 800
42 S. 15th Street
Philadelphia, PA 19102

Wayne A. Ely, Esquire
**Timothy M. Kolman & Associates**
The Shoppes at Flowers Mill
225 Flowers Mill Road
Langhorne, PA 19047

                                                    _____
                                                    *JEFFREY B. KILLINO, ESQUIRE*