IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                      : CIVIL ACTION
                                :
     vs.                        :
                                : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA       :
TRANSPORTATION AUTHORITY        :
                                :
```

**ORDER**

AND NOW, this           day of February, 2004, upon consideration of Plaintiff's Motion to Compel Metro Care, Inc. to Comply with Plaintiff's Subpoena Requiring the Production of Documents and Metro Care's Response thereto, it is hereby ORDERED that Metro Care, Inc. is DIRECTED to make its records available to Plaintiff's Counsel or his duly-authorized representative for inspection and copying within ten (10) days of the date of this Order or suffer the imposition of such sanctions as are available for contempt of court orders as this Court shall deem appropriate.  See Generally: Fed.R.Civ.P. 45.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.