IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

AND NOW, this             day of February, 2004, upon consideration of Plaintiff's Motion to Compel Merits Document Request Responses from Septa and SEPTA's response thereto, it is hereby ORDERED that the Motion is GRANTED IN PART and Defendant is DIRECTED to file full and complete responses to Plaintiff's Merits Document Request Nos. 4 and 19 within ten (10) days of the date of this Order or suffer the imposition of such sanctions as are available under Fed.R.Civ.P. 37 as this Court shall deem appropriate.[1]

BY THE COURT:

_____J. CURTIS JOYNER,         J.

---

[1] Given that Nos. 4 and 19 of Plaintiff's discovery requests appear relevant and reasonably calculated to lead to the discovery of admissible evidence in this matter, this Court finds that the requests are within the proper scope of Fed.R.Civ.P. 26(b)(1). See, Hickman v. Taylor, 329 U.S. 495 (1947); Nike v. Brandmania.com, Inc., 2002 WL 32348549, *12 (E.D.Pa. 2002).