# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
```

## ORDER

AND NOW, this         day of February, 2004, upon consideration of Plaintiff's Motion to Compel Service Plus Delivery Systems, Inc. to Comply with Plaintiff's Subpoena Requiring the Production of Documents, it is hereby ORDERED that Service Plus Delivery Systems, Inc. is DIRECTED to make its records available to Plaintiff's Counsel or his duly-authorized representative for inspection and copying within ten (10) days of the date of this Order or suffer the imposition of such sanctions as are available for contempt of court orders as this Court shall deem appropriate.  See Generally: Fed.R.Civ.P. 45.

                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER,      J.