```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
DOUGLAS EL                     : CIVIL ACTION
                               :
     vs.                       :
                               : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA      :
TRANSPORTATION AUTHORITY       :
                               :
```

## ORDER

AND NOW, this            day of February, 2004, upon consideration of Plaintiff's Second Motion to Compel the Production of Documents from Anderson Travel and Triage Inc. and it appearing to the Court that the said Defendant has failed and refused to comply with this Court's previous Order of December 18, 2003 in that it has only partially responded to Plaintiff's discovery requests, it is hereby ORDERED that Anderson Travel and Triage Inc. is DIRECTED to make its records available to Plaintiff's Counsel or his duly-authorized representative for inspection and copying within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiff's counsel is DIRECTED to submit to the Court an itemization of fees and costs incurred in the filing of its first and second motions to compel against Anderson Travel and Triage, Inc. within ten (10) days of the date of this Order.  Thereafter, Anderson Travel and Triage, Inc. shall have ten (10) days to show cause, if any it has, why plaintiff should not be awarded his costs and counsel fees as a sanction for its refusal to provide discovery in direct contravention of the orders of this Court.  See Generally:

Fed.R.Civ.P. 37.

                                  BY THE COURT:

                                  _____
                                  J. CURTIS JOYNER,     J.