IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF pENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| | : | |
| Defendant | : | |

**DEFENDANT'S MOTION
TO QUASH SUBPOENAS ISSUED TO SEPTA WITNESSES**

  Defendant, Southeastern Pennsylvania Transportation Authority (hereafter "SEPTA") moves this Court for an Order quashing subpoenas issued to SEPTA witnesses for the reasons more fully set forth in SEPTA's Memorandum of Law in Support of its Motion to Quash Subpoenas Issued to SEPTA Witnesses.

               Respectfully submitted,

               _____
               Robert J. Haurin
               SAUL H. KRENZEL & ASSOCIATES
               Attorneys for SEPTA
               The Robinson Building
               42 South 15th Street, Suite 800
               Philadelphia, PA 19102
               (215) 977-7230

Dated: April 9, 2004