IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

### CERTIFICATION OF COUNSEL

On April 8, 2004, I attempted to contact David Cohen, Esquire, counsel for Plaintiff, to ascertain whether Plaintiff would consider withdrawing subpoenas issued by Plaintiff to Jack Challenger and Robert Corressel or whether we could resolve this dispute in some other way. I was advised that Mr. Cohen would be out of the office the rest of the week. I left a message on Mr. Cohen's voice mail, but he did not return my call. On April 9, 2004, I attempted to contact Wayne Ely, Esquire, co-counsel for Plaintiff, to ascertain whether Plaintiff would consider withdrawing subpoenas issued to Jack Challenger and Robert Corressel or whether we could resolve this dispute in some other way. Mr. Ely was not available to discuss this matter either.

Based on the nature of SEPTA's Motion to Quash Subpoenas, it is believed that this matter could not be resolved without the intervention of the Court.

Respectfully submitted,

_____
Robert J. Haurin
SAUL H. KRENZEL & ASSOCIATES

                                                          42 South 15th Street, Suite 800
                                                         Philadelphia, PA 19102
                                                         (215) 977-7230

Dated:  April 9, 2004