## CERTIFICATE OF SERVICE

    I, ROBERT J. HAURIN, hereby certify that on **April 9, 2004**, a true and correct copy of Defendant's Motion to Quash Subpoenas Issued to SEPTA Witnesses and supporting papers was served via hand delivery on the following:

    David J. Cohen, Esquire
    Spector, Rosman & Kodruff, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA 19103

    _____
    **ROBERT J. HAURIN, ESQUIRE**
    **SAUL H. KRENZEL, ESQUIRE**
    The Robinson Building, Suite 800
    42 South 15th Street
    Philadelphia, PA 19102
    (215) 977-7230
    Attorneys for Defendant, SEPTA

DATED:   April 9, 2004