IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant | : | |

### ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of SEPTA's Motion to Quash Subpoenas Issued to Robert Corressel and Jack Challenger and Plaintiff's response thereto, it is hereby ORDERED that the Motion is GRANTED.  The subpoenas directed to Robert Corresel and Jack Challenger are hereby QUASHED.

                                                BY THE COURT:

                                                _____

                                                               J.