IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF pENNSYLVANIA

_____

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMAND |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant | : | |

_____

**DEFENDANT'S MOTION TO STAY DEPOSITIONS PENDING A RULING ON ITS MOTION TO QUASH SUBPOENAS ISSUED TO SEPTA WITNESSES**

    Defendant, Southeastern Pennsylvania Transportation Authority (hereafter "SEPTA") moves this Court for an Order Staying Depositions of Jack Challenger and Robert Corressel scheduled for April 28 2004, and April 30, 2004, respectively for the reasons more fully set forth in its accompanying memorandum of law.

Respectfully submitted,

_____
Robert J. Haurin
SAUL H. KRENZEL & ASSOCIATES
Attorneys for SEPTA
The Robinson Building
42 South 15th Street, Suite 800
Philadelphia, PA 19102
(215) 977-7230

Dated:  April 26, 2004