## CERTIFICATE OF SERVICE

I, Robert J. Haurin, hereby certify that on **April 26, 2004**, a true and correct copy of Defendant's Motion to Stay Depositions Pending a Ruling on Its Motion to Quash Subpoenas Issued to SEPTA Witnesses was served via facsimile and first class mail, on the following:

Wayne Ely, Esquire
Timothy M. Kolman & Associates
225 N. Flowers Mill Road
Langhorne, PA 19047

David J. Cohen, Esquire
Spector, Rosman & Kodruff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

_____
**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA