IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF pENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of April, 2004, upon consideration of SEPTA's Motion to Stay Depositions Pending a Ruling on its Motion to Quash Subpoenas Issued to SEPTA witnesses and Plaintiff's response thereto; it is hereby ORDERED that the Motion is GRANTED. The depositions of Robert Corressel and Jack Challenger are STAYED, pending resolution of SEPTA's Motion to Quash.

BY THE COURT:

_____
J.