IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                       : CIVIL ACTION
                                 :
    vs.                          :
                                 : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA        :
TRANSPORTATION AUTHORITY         :
                                 :
```

**ORDER**

AND NOW, this            day of April, 2004, upon consideration of Defendant's Motion to Stay Depositions Pending a Ruling on its Motion to Quash Subpoenas and the Court having been advised that the parties have amicably resolved the matter and in view of our Order of April 28, 2004 denying the Motion to Quash Subpoenas, it is hereby ORDERED that the Motion to Stay Depositions is DENIED AS MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.