## CERTIFICATE OF SERVICE

    I, Robert J. Haurin, hereby certify that on **May 20, 2004**, a true and correct copy of Defendant, SEPTA's Motion for a Protective Order and for Discovery Sanctions was served via hand delivery, on the following:

        David J. Cohen, Esquire
        Spector, Rosman & Kodruff, P.C.
        1818 Market Street, Suite 2500
        Philadelphia, PA 19103

        _____
        **ROBERT J. HAURIN, ESQUIRE**
        **SAUL H. KRENZEL, ESQUIRE**
        The Robinson Building, Suite 800
        42 South 15th Street
        Philadelphia, PA 19102
        (215) 977-7230
        Attorneys for Defendant, SEPTA