## CERTIFICATE OF SERVICE

I, Robert J. Haurin, hereby certify that on **May 21, 2004**, a true and correct copy of Defendant, SEPTA's Memorandum of Law in Opposition to Plaintiff's Motion to Compel was served via first class mail, on the following:

David J. Cohen, Esquire
Spector, Rosman & Kodruff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103


_____
**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA