IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
```

**ORDER**

AND NOW, this _____ day of May, 2004, upon consideration of Plaintiff's Motion to Compel Merits Discovery Responses from Septa and SEPTA's response thereto, it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER,        J.

---

[1] In so holding, we find that Plaintiff's discovery requests were propounded after the March 15, 2004 deadline established for discovery between the parties and that Plaintiff had ample notice of the existence of the documents sought and time to propound this discovery before that deadline expired.