**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 1st day of June, 2004, a true and correct copy of the foregoing Defendant's Memorandum of Law in Opposition of it Motion for Discovery Sanctions and Affidavit of Robert J. Haurin was served via first class mail upon the following:

>David J. Cohen, Esquire
>Spector, Rosman & Kodruff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19103

**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA

DATE: 6/1/04