IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of Plaintiff's Motion to Compel and SEPTA's Motion for Discovery Sanctions and the responses thereto, it is hereby ORDERED that Plaintiff's Motion is DENIED; SEPTA's Motion in GRANTED. SEPTA shall submit to the Court a summary of its costs and attorneys' fees incurred in responding to Plaintiff's Motion within ten (10) days of the date of this ORDER.

BY THE COURT:

_____
J.