IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.   02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**PRAECIPE TO SUBSTITUTE EXHIBIT "A"
IN DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL AND IN SUPPORT OF ITS
<u>MOTION FOR DISCOVERY SANCTIONS</u>**

TO THE PROTHONOTARY:

Kindly substitute Exhibit "A" which is attached hereto, in the aforementioned Memorandum of Law which was filed with the Court on June 1, 2004 in the above-referenced matter.

_____
**ROBERT J. HAURIN, ESQUIRE**
SAUL H. KRENZEL & ASSOCIATES
Attorney for Defendant, SEPTA

DATE:   June 3, 2004

## CERTIFICATE OF SERVICE

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 3rd day of June, 2004, a true and correct copy of the foregoing **Praecipe to Substitute Exhibit "A" in Defendant's Memorandum of Law in Opposition of it Motion for Discovery Sanctions** was served via first class mail upon the following:

>David J. Cohen, Esquire
>Spector, Rosman & Kodruff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19103

>_____
>**ROBERT J. HAURIN, ESQUIRE**
>**SAUL H. KRENZEL, ESQUIRE**
>The Robinson Building, Suite 800
>42 South 15th Street
>Philadelphia, PA 19102
>(215) 977-7230
>Attorneys for Defendant, SEPTA

DATE:  6/3/04