IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

    AND NOW, this _____ day of June, 2004, it is hereby ORDERED that this Court's previous Scheduling Orders are AMENDED as follows:

    1. Plaintiff's expert reports, curriculum vitaes and response to the Defendant's Motion for Summary Judgment must be submitted on or before July 14, 2004;

    2. Defendant's expert reports and curriculum vitaes must be submitted on or before August 16, 2004.

    In all other respects, the previous Scheduling Order(s) shall remain in full force and effect.

                                        BY THE COURT:

                                        _____
                                        J. CURTIS JOYNER,        J.