IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant's Motion to Compel Plaintiff to Produce his Tax Returns and Attachments, and the responses thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. Plaintiff shall produce all local, state and federal tax returns and attachments from the year 2000 through the present within ten (10) days of the date of this ORDER.

BY THE COURT:

_____
J.

Case 2:02-cv-03591-JCJ    Document 117-2    Filed 06/07/2004    Page 2 of 2