IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------
DOUGLAS EL                                          :
1711 W. Venango Street                              :
Philadelphia, PA 19140                              :
Individually and on behalf of                       :    CIVIL ACTION
all others similarly situated,                      :
                                                    :
       Plaintiff,                                   :
   v.                                           :    NO.    02-CV-3591
                                                    :
SOUTHEASTERN PENNSYLVANIA                           :
TRANSPORTATION AUTHORITY                            :
1234 Market Street                                  :
Philadelphia, PA 19107,                             :
                                                    :
       Defendant.                                   :
---------------------------------------------------------

**ORDER**

      AND NOW, this _____ day of _____, 2004, Defendant's Motion to Compel Production of Additional Tax Returns is DENIED AS MOOT, as Plaintiff has asserted that he has previously produced all returns in his possession.

                             BY THE COURT

                             _____
                             Hon. J. Curtis Joyner, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| DOUGLAS EL<br>1711 W. Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of<br>all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107,<br><br>        Defendant. | :<br>:<br>:<br>:     CIVIL ACTION<br>:<br>:<br>:<br>:<br>:     NO.   02-CV-3591<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**
**FOR PRODUCTION OF ADDITIONAL TAX RETURNS**

Plaintiff, by and through his undersigned counsel, hereby avers as follows in response to the above-referenced motion:

**I.    ARGUMENT**

Plaintiff currently has no additional tax returns to produce and previously produced all the tax returns and attachments in his possession. Plaintiff will immediately supplement his previously-forwarded production of documents if additional returns become available in the future. Plaintiff's counsel have communicated this fact to Defendant's counsel. It is respectfully submitted that the motion to which this reply is directed should be denied as moot as production of all available tax materials in Plaintiff's possession has already occurred.

          Respectfully submitted,


          /s/ Wayne A. Ely
          Wayne A. Ely
          Timothy M. Kolman
          TIMOTHY M. KOLMAN AND ASSOCIATES
          225 N. Flowers Mill Road
          Langhorne, PA 19047
          (215) 750-3134

          Eugene A. Spector
          David J. Cohen
          SPECTOR, ROSEMAN & KODROFF, P.C.
          1818 Market Street, Suite 2500
          Philadelphia, PA 19103
          (215) 496-0300

          Attorneys for Plaintiff and the Class

July 2, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO.   02-CV-1213 |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMANDED |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

## **CERTIFICATE OF SERVICE**

I, Wayne A. Ely, do hereby certify that on the date set forth below, I caused to be served a true and correct copy of Plaintiff's Response to Defendant's Motion for Production of Additional Tax Returns by mailing same, first class mail, postage prepaid upon the following individuals:

David Cohen, Esquire
Spector, Roseman & Kodroff
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Robert Haurin, Esquire
Saul H. Krenzel and Associates
The Robinson Building
42 South 15th Street
Suite 800
Philadelphia, PA 19102

July 2, 2004

/s/ Wayne A. Ely
Wayne A. Ely, Esquire