## CERTIFICATE OF SERVICE

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 7th day of July, 2004, a true and correct copy of Defendant's Motion for Leave to File Additional Evidence in Support of its Motion for Summary Judgment Motion and to File a Reply to Plaintiff's Opposition to Defendant's Pending Motion was served via hand delivery upon the following:

>David J. Cohen, Esquire
>Spector, Rosman & Kodruff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19103

>_____
>**ROBERT J. HAURIN, ESQUIRE**
>**SAUL H. KRENZEL, ESQUIRE**
>The Robinson Building, Suite 800
>42 South 15th Street
>Philadelphia, PA 19102
>(215) 977-7230
>Attorneys for Defendant, SEPTA

DATE:        July 7, 2004