IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF pENNSYLVANIA

_____

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant | : | |

_____

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of SEPTA's Motion to for Leave to Submit Additional Evidence in Support of its Summary Judgment Motion and to Reply to Plaintiff's Opposition to that Motion, it is hereby ORDERED that the Motion is GRANTED.  SEPTA shall submit its additional evidence and reply memorandum on or before August 16, 2004

BY THE COURT:

_____
J.