IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |

**ORDER**

AND NOW, this _____ day of July, 2004, upon consideration of Defendant's Motion to Compel Plaintiff to Produce Tax Returns (Document No. 117) and it appearing to the Court that the parties have resolved the matter, it is hereby ORDERED that the Motion is DENIED AS MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,    J.