IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |

**ORDER**

AND NOW, this _____ day of July, 2004, upon consideration of Plaintiff's Motion to Compel Merits Discovery Responses from SEPTA (Document No. 107), it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER,         J.

---

[1] In reviewing SEPTA's responses to Nos. 14 and 17 of Plaintiff's Merits Interrogatories, it appears to the Court that SEPTA has sufficiently answered the request that it identify all people with knowledge or information regarding two of the statements contained in its Memorandum of Law in Support of its Motion for Summary Judgment by indicating that those statements are legal argument. Likewise, we find that despite its objections to Nos. 8, 10, 14 and 15 of Plaintiff's Merits Document Requests, SEPTA has responded that it either has no documents which are responsive to those requests or that it has already produced those documents which are responsive. Naturally, should it later appear that these representations are incorrect, Plaintiff may rest assured that SEPTA shall be sanctioned accordingly.