IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

AND NOW, this            day of July, 2004, upon consideration of SEPTA's Motion for Leave to Submit Additional Evidence in Support of its Summary Judgment Motion and to Reply to Plaintiff's Opposition to that Motion, and it appearing to the Court that this Motion has been resolved via our Order of even date amending the previous Scheduling Orders in this case, it is hereby ORDERED that the Motion for Leave to Submit Additional Evidence and to Reply to Plaintiff's Opposition is DENIED AS MOOT.

BY THE COURT:


_____
J. CURTIS JOYNER,       J.