IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

AND NOW, this          day of August, 2004, this Court having been advised that the parties have amicably resolved the matters raised by Plaintiff's Motion for Discovery Sanctions Against SEPTA (Document No. 110) and that Plaintiff desires to withdraw the said motion, it is hereby ORDERED that the Motion is DENIED without prejudice to Plaintiff's right to re-file it if necessary.

BY THE COURT:

_____
J. CURTIS JOYNER,           J.