**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 9th day of August, 2004, a true and correct copy of Defendant, SEPTA's Motion to Extend Case Deadlines was served via hand delivery upon the following:

> David J. Cohen, Esquire
> Spector, Rosman & Kodruff, P.C.
> 1818 Market Street, Suite 2500
> Philadelphia, PA 19103

                                                  **ROBERT J. HAURIN, ESQUIRE**
                                                  **SAUL H. KRENZEL, ESQUIRE**
                                                  The Robinson Building, Suite 800
                                                  42 South 15th Street
                                                  Philadelphia, PA 19102
                                                  (215) 977-7230
DATE:     August 9, 2004                        Attorneys for Defendant, SEPTA