IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
|     Plaintiff | : | |
|   v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMAND |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this _____ day of August, 2004, upon consideration of SEPTA's Motion to Extend Case Deadlines, it is hereby ORDERED that the Motion is GRANTED. The Court's Order dated July 12, 2004 and its previous scheduling Orders are AMENDED as follows:

1. SEPTA's Amended Motion for Summary Judgment shall be filed and served on Plaintiff on or before August 26, 2004.

2. SEPTA's expert reports and curriculum vitae shall be submitted and served on Plaintiff on or before August 26, 2004.

3. Plaintiff's response to SEPTA's Amended Motion for Summary Judgment shall be filed and served on Defendant on or before October 1, 2004.

4. In all other respects, the previous Scheduling Orders shall remain in full force and effect.

BY THE COURT:

                                                        _____  
                                                                                                J.