IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

## CERTIFICATION OF COUNSEL

I certify that the parties were unable to resolve this dispute despite a reasonable effort to do so and that this matter requires the Court's intervention.

Respectfully submitted,

_____
Saul H. Krenzel, Esquire
Robert J. Haurin, Esquire
SAUL H. KRENZEL & ASSOCIATES
42 South 15th Street, Suite 800
Philadelphia, PA 19102
(215) 977-7230

Dated: August 11, 2004