IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of SEPTA's Emergency Motion to Compel, it is hereby ORDERED that the said Motion is GRANTED. Plaintiff shall produce all documents requested in the Document Rider attached to the Deposition Notice of Dr. William Fairley by the close of business on August 13, 2004.

BY THE COURT:

_____
J.