**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DOUGLAS EL                      : CIVIL ACTION
                                :
     vs.                        :
                                : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA       :
TRANSPORTATION AUTHORITY        :
                                :
```

<u>**ORDER**</u>

AND NOW, this            day of August, 2004, upon consideration of Defendant's Motion to Extend Case Deadlines, and it appearing to the Court that Plaintiff has no opposition thereto and that good cause exists therefor, it is hereby ORDERED that this Court's previous Scheduling Orders are AMENDED as follows:

1.  Defendant's Amended Motion for Summary Judgment, expert reports and curriculum vitaes must be filed and served on or before August 26, 2004.

2.  Plaintiff's response to SEPTA's Amended Motion for Summary Judgment must be filed and served on Defendant on or before October 1, 2004.

In all other respects, the previous Scheduling Order(s) shall remain in full force and effect.

BY THE COURT:

_____

J. CURTIS JOYNER,          J.