IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
    vs.                           :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
```

**ORDER**

AND NOW, this            day of August, 2004, upon consideration of Defendant's Emergency Motion to Compel and following telephone conference call with the parties, it is hereby ORDERED that Plaintiff is DIRECTED to file his responses to the Documents Request attached as a Document Rider to the Notice of Deposition addressed to Dr. William Fairley by no later than August 26, 2004.

IT IS FURTHER ORDERED that the Scheduling Order Deadlines are AMENDED as follows:

1. Defendant's Amended Motion for Summary Judgment, expert reports and curriculum vitaes must be filed and served on or before September 27, 2004.

2. Plaintiff's response to SEPTA's Amended Motion for Summary Judgment must be filed and served on Defendant on or before November 1, 2004.

In all other respects, the previous Scheduling Order(s) shall remain in full force and effect.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.