IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMAND |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

_____

**DEFENDANT'S**
**EMERGENCY MOTION FOR SANCTIONS**

    Southeastern Transportation Authority ("SEPTA"), moves this Court for an Order sanctioning Plaintiff for refusing to comply with an Order of this Court and his discovery obligations for the reasons more fully set forth in its accompanying memorandum of law.

    Respectfully submitted,

_____
Robert J. Haurin
SAUL H. KRENZEL & ASSOCIATES
Attorneys for SEPTA
The Robinson Building
42 South 15th Street, Suite 800
Philadelphia, PA 19102
(215) 977-7230

Dated: August 27, 2004