## CERTIFICATE OF SERVICE

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 27th day of August, 2004, a true and correct copy of Defendant, SEPTA's Memorandum of Law in Support of its Emergency Motion for Sanctions was served via facsimile & U.S. Mail upon the following:

>Wayne Ely, Esquire
>Timothy M. Kolman & Associates
>225 N. Flowers Mill Road
>The Shoppes at Flowers Mill
>Langhorne, PA 19047

>David J. Cohen, Esquire
>Spector, Rosman & Kodruff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19103

>**ROBERT J. HAURIN, ESQUIRE**
>**SAUL H. KRENZEL, ESQUIRE**
>The Robinson Building, Suite 800
>42 South 15th Street
>Philadelphia, PA 19102
>(215) 977-7230
>Attorneys for Defendant, SEPTA

DATE:   August 27, 2004