IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of August, 2004, upon consideration of Defendant's Motion for Sanctions, and Plaintiff's Opposition thereto, it is hereby ORDERED that the Motion is GRANTED.  It is further ORDERED that Plaintiff shall reimburse SEPTA for its costs that it incurred in filing the Motion.  It is further ORDERED that Plaintiff is precluded from calling Dr. William Fairley as a witness at trial of this matter.  SEPTA shall submit a bill of costs and fees for approval by the Court within ten (10) days of the date of this ORDER.

BY THE COURT:

_____
J.