IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

AND NOW, this          day of September, 2004, upon consideration of Defendant's Emergency Motion for Sanctions (Document No. 133) and it appearing to the Court that this Motion has been resolved via the rulings which were made in the telephone conference call with the parties on August 30, 2004, it is hereby ORDERED that the Emergency Motion for Sanctions is DENIED AS MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.