## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SEPTA | : | JURY TRIAL DEMAND |
| | : | |
| Defendant. | : | |

### STIPULATION AND ORDER

It is hereby stipulated as follows between counsel for Plaintiff and Defendant:

1.      SEPTA's Amended Motion for Summary Judgment shall be filed and served on Plaintiff on or before October 8, 2004;

2.      SEPTA's expert reports and curriculum vitae shall be submitted and served on Plaintiff on or before October 8, 2004; and

3.      Plaintiff's response to SEPTA's Amended Motion for Summary Judgment shall be filed and served on Defendant on or before November 15, 2004.

4.      In all other respects, the previous Scheduling Orders shall remain in full force and effect.

TIMOTHY M. KOLMAN & ASSOC.            SAUL H. KRENZEL & ASSOC.


_____            _____
WAYNE ELY, ESQUIRE                      ROBERT J. HAURIN, ESQUIRE
Timothy M. Kolman & Assoc.               Saul H. Krenzel & Associates
225 N. Flowers Mill Road                 The Robinson Building, Suite 800
Langhorne, PA  19047                     42 South 15th Street
Attorneys for Plaintiff, Douglas EL      Philadelphia, PA  19102
                                         Attorney for Defendant, SEPTA


DATED:                                   DATED:

The foregoing Stipulation is hereby APPROVED as an Order of the Court.


_____

Honorable J. Curtis Joyner