**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 8th day of October, 2004, a true and correct copy of Defendant, SEPTA's Amended Motion for Summary Judgment and Exhibits in Support thereof (Vol. 1 & 2) were served Via Hand Delivery the following:

> David J. Cohen, Esquire
> Spector, Rosman & Kodruff, P.C.
> 1818 Market Street, Suite 2500
> Philadelphia, PA 19103

> **ROBERT J. HAURIN, ESQUIRE**
> **SAUL H. KRENZEL, ESQUIRE**
> The Robinson Building, Suite 800
> 42 South 15th Street
> Philadelphia, PA 19102
> (215) 977-7230
> Attorneys for Defendant, SEPTA

DATE:   October 8, 2004