IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant, Southeastern Pennsylvania Transportation Authority's Amended Motion for Summary Judgment and any response thereto, it is hereby ORDERED that the Motion in GRANTED. Judgment is ENTERED in favor of Defendant and against Plaintiff, and the Amended Complaint is DISMISSED with prejudice.

BY THE COURT:

_____
J.