**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 14th day of October, 2004, a true and correct copy of Defendant, SEPTA's Motion for a <u>Daubert</u> Hearing was served Via Hand Delivery on the following:

David J. Cohen, Esquire
Spector, Rosman & Kodruff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA

DATE:  October 14, 2004