IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant, Southeastern Pennsylvania Transportation Authority's Motion for a <u>Daubert</u> Hearing and any response thereto, it is hereby ORDERED that the Motion in GRANTED.  The <u>Daubert</u> Hearing is scheduled for _____, 2004 at ____ o'clock in Courtroom _____.

BY THE COURT:

_____
J.