IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL,<br>Individually and on behalf of<br>all others similarly situated,<br>      Plaintiff,<br>v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY,<br>      Defendant. | CIVIL ACTION<br>NO. 02-CV-3591 |

### PRAECIPE TO WITHDRAW

To the Clerk of Court:

Please mark Plaintiff's October 26, 2004 *Emergency Motion for Discovery Sanctions Against SEPTA* as WITHDRAWN by Plaintiff's counsel.

The withdrawn Motion will be replaced by *Plaintiff's Revised Emergency Motion for Discovery Sanctions Against SEPTA* that has been filed with the Court today.

Respectfully submitted,

Dated: October 29, 2004

_____
Eugene A. Spector
David J. Cohen
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Timothy M. Kolman
Wayne A. Ely
TIMOTHY M. KOLMAN AND ASSOCIATES
225 N. Flowers Mill Road
Langhorne, PA 19047
(215) 750-3134

Attorneys for Plaintiff and the Class