IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| Defendant. | : | |

**DEFENDANT'S
<u>MOTION FOR SANCTIONS</u>**

Southeastern Transportation Authority ("SEPTA"), moves this Court for an Order sanctioning Plaintiff for the reasons more fully set forth in its accompanying memorandum of law.

Respectfully submitted,

_____
Robert J. Haurin
SAUL H. KRENZEL & ASSOCIATES
Attorneys for SEPTA
The Robinson Building
42 South 15th Street, Suite 800
Philadelphia, PA 19102
(215) 977-7230

Dated: November 3, 2004