## CERTIFICATE OF SERVICE

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 3rd day of November, 2004, a true and correct copy of Defendant, SEPTA's Memorandum of Law in Opposition to Plaintiff's Motion for Sanctions and in Support of its Cross Motion for Sanctions was served Via Hand Delivery on the following:

>David J. Cohen, Esquire
>Spector, Rosman & Kodruff, P.C.
>1818 Market Street, Suite 2500
>Philadelphia, PA 19103

>_____
>**ROBERT J. HAURIN, ESQUIRE**
>**SAUL H. KRENZEL, ESQUIRE**
>The Robinson Building, Suite 800
>42 South 15th Street
>Philadelphia, PA 19102
>(215) 977-7230
>Attorneys for Defendant, SEPTA

DATE:   November 3, 2004