IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMAND |
| | : | |
| Defendant | : | |
| | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of November, 2004, upon consideration of Plaintiff's Emergency Motion for Sanctions, and Defendant's Opposition thereto and Defendant's Cross Motion for Sanctions, it is hereby ORDERED that Plaintiff's Motion is DENIED and Defendant's Motion is GRANTED. It is further ORDERED that Plaintiff shall reimburse SEPTA for its costs that it incurred in filing its response to Plaintiff's Motion. SEPTA shall submit a bill of costs and fees for approval by the Court within ten (10) days of the date of this ORDER.

BY THE COURT:

_____
J.