## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| | : |

**ORDER**

AND NOW, this _____ day of December, 2004, upon consideration of Defendant's Motion for a <u>Daubert</u> Hearing to determine the admissibility of the testimony of Dr. William B. Fairley, and it appearing to the Court that the motion is uncontested and that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and a <u>Daubert</u> Hearing will be scheduled by the undersigned's Deputy Clerk within sixty (60) days of the date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER,       J.