IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
                                  :
```

**ORDER**

AND NOW, this            day of December, 2004, upon consideration of Plaintiff's Revised Emergency Motion for Discovery Sanctions and Defendant's Cross-Motion for Sanctions and following conference call with the parties and extension of the scheduling order deadlines, it is hereby ORDERED that the Revised Emergency Motion and Motion for Sanctions are DENIED AS MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,        J.