IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : Date of Notice: December 16, 2004 |
| v. | : |
| | : CIVIL ACTION NO. 02-3591 |
| SEPTA | : |

TAKE NOTICE that the above-captioned matter is rescheduled for  DAUBERT HEARING            in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner, on  FEBRUARY 2, 2005         , 2004  , at  10:00AM        , in Courtroom No.  8B - 8TH FLOOR          .

If trial counsel is on trial or otherwise engaged at the time of the scheduled  DAUBERT HEARING   , another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Angela Mickie
Deputy Clerk to Judge Joyner