IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL<br>1711 W. Venango Street<br>Philadelphia, PA 19140<br>Individually and on behalf of<br>all others similarly situated,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY<br>1234 Market Street<br>Philadelphia, PA 19107<br>　　　　　　　　Defendant. | :<br>:<br>:<br>:　CIVIL ACTION<br>:<br>:<br>:<br>:<br>:　NO.   02-CV-3591<br>:<br>:<br>:<br>:<br>:　JURY TRIAL DEMANDED<br>:<br>: |

## ENTRY OF APPEARANCE

THE CLERK OF COURT:

　　　Kindly Enter my Appearance on behalf of the Defendant, Southeastern Pennsylvania Transportation Authority, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**SAUL H. KRENZEL, ESQUIRE, I.D. 20726**
　　　　　　　　　　　　　　　　　　　　　**SAUL H. KRENZEL & ASSOCIATES**
　　　　　　　　　　　　　　　　　　　　　The Robinson Building, Suite 800
　　　　　　　　　　　　　　　　　　　　　42 south 15th street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, SEPTA

DATED:   December 17, 2004

## CERTIFICATE OF SERVICE

I, SAUL H. KRENZEL, ESQUIRE, hereby certifies that a true and correct copy of the foregoing Entry of Appearance was served via U.S. Mail, this 17th Day of December, 2004 upon the following:

David J. Cohen, Esquire
Spector, Rosemann & Kodroff
1818 Market Street
Suite 2500
Philadelphia, PA 19103

_____
**SAUL H. KRENZEL, ESQUIRE, I.D. 20726**
**SAUL H. KRENZEL & ASSOCIATES**
The Robinson Building, Suite 800
42 south 15th street
Philadelphia, PA 19102

Attorney for Defendant, SEPTA

DATED:   December 17, 2004