**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 5th day of January, 2005, a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Compel Discovery, was served Via Hand Delivery upon the following:

David J. Cohen, Esquire
Spector, Roseman & Kodruff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

_____
**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA

DATE:   January 5, 2005