IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.   02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

# ORDER

Upon consideration of and Plaintiff's Motion to Compel Discovery; and Defendant's Response thereto, it is hereby ORDERED that Plaintiff's Motion to Compel is DENIED.

_____
J.