IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                        : CIVIL ACTION
                                  :
    vs.                           :
                                  : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA         :
TRANSPORTATION AUTHORITY          :
```

**ORDER**

AND NOW, this          day of January, 2005, upon consideration of Plaintiff's Emergency Motion to Compel Merits Discovery Relating to the Affidavit of Douglas Carpenter (Document No. 148) and Defendant's Response thereto, and following telephone conference call with the parties, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
J. CURTIS JOYNER,           J.