IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DOUGLAS EL                        :Date of Notice: February 2, 2005
                                  :
        v.                        :
                                  :    CIVIL ACTION NO. 02-3591
                                  :
SEPTA                             :


        TAKE NOTICE that the above-captioned matter is
rescheduled for DAUBERT HEARING              in the United States
District Court, United States Courthouse, 601 Market Street,
Philadelphia, PA, before the Hon. J. Curtis Joyner,  on
MARCH 15, 2005 at 2:00pm and MARCH 17, 2005 at 10:00am, in
Courtroom No. 8B - 8TH FLOOR                 .

        If trial counsel is on trial or otherwise engaged at
the time of the scheduled DAUBERT HEARING   , another attorney
in such trial counsel's office should appear.

        THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN
EXCEPTIONAL CASES.

                                Very truly yours,



                                Angela Mickie
                                Deputy Clerk to Judge Joyner