IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO.   02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Emergency Motion for Sanctions, and Defendant's Response thereto; it is hereby ORDERED that Plaintiff's Emergency Motion for Sanctions is DENIED.

                                              _____

                                                                                      J.