**CERTIFICATE OF SERVICE**

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 4th day of March, 2005, a true and correct copy of Defendant's Emergency Motion to Preclude Evidence, was served Via U.S. Mail upon the following:

David J. Cohen, Esquire
Spector, Roseman & Kodruff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

_____
**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA

DATE:  March 4, 2005