**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMAND |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant | : | |
| | : | |

---

## <u>ORDER</u>

AND NOW, this _____ day of March, 2005, upon consideration of Defendant's

Emergency Motion to Preclude Evidence, and Plaintiff's Opposition thereto, it is hereby

ORDERED that the Motion is GRANTED.  It is further ORDERED that Plaintiff is precluded

from introducing as evidence any crime statistics other than those specifically identified in the

Report of Dr. William Fairley dated July 15, 2004.


BY THE COURT:


_____
                                         J.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | No. 02CV3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | JURY TRIAL DEMAND |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S EMERGENCY MOTION TO PRECLUDE EVIDENCE

Southeastern Transportation Authority ("SEPTA") moves this Court for an Order precluding Plaintiff from submitting certain criminal statistics into evidence either at the Daubert Hearings scheduled for March 15, 2005 and March 17, 2005 or at trial of this matter for the reasons more fully set forth in its accompanying memorandum of law.

Respectfully submitted,

_____

**ROBERT J. HAURIN**
**SAUL H. KRENZEL & ASSOCIATES**
Attorneys for SEPTA
The Robinson Building
42 South 15th Street, Suite 800
Philadelphia, PA 19102
(215) 977-7230

Dated:  March 4, 2005