IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                       : CIVIL ACTION
                                 :
    vs.                          :
                                 : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA        :
TRANSPORTATION AUTHORITY         :
                                 :
```

**ORDER**

AND NOW, this    16th    day of March, 2005, upon consideration of Plaintiff's Emergency Motion for Discovery Sanctions Regarding the Deposition of Douglas Carpenter (Document No. 157) and it appearing to the Court that Mr. Carpenter has since been deposed, it is hereby ORDERED that the Emergency Motion for Discovery Sanctions is DENIED AS MOOT.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.