IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DOUGLAS EL                         : CIVIL ACTION
                                   :
     vs.                           :
                                   : NO. 02-CV-3591
SOUTHEASTERN PENNSYLVANIA          :
TRANSPORTATION AUTHORITY           :
                                   :
```

**ORDER**

AND NOW, this   18th   day of March, 2005, it is hereby ORDERED as follows:

1. Plaintiff's response and/or Memorandum of Law in Opposition to Defendant's long-outstanding motion for summary judgment shall be filed on or before April 1, 2005.

2. Defendant's Reply Brief shall be filed on or before April 8, 2005.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,      J.