## CERTIFICATE OF SERVICE

I, ROBERT J. HAURIN, Esquire, hereby certify that on the 11th day of April, 2005, a true and correct copy of Defendant, SEPTA's Reply Memorandum of Law in Support of its Motion for Summary Judgment and in Response to Plaintiff's Opposition Memorandum, was served Via U.S. Mail upon the following:

David J. Cohen, Esquire
Spector, Roseman & Kodruff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

_____
**ROBERT J. HAURIN, ESQUIRE**
**SAUL H. KRENZEL, ESQUIRE**
The Robinson Building, Suite 800
42 South 15th Street
Philadelphia, PA 19102
(215) 977-7230
Attorneys for Defendant, SEPTA

DATE:  April 11, 2005