LAW OFFICES

# SPECTOR, ROSEMAN & KODROFF

EUGENE A. SPECTOR
ROBERT M. ROSEMAN**
JEFFREY L. KODROFF
JEFFREY J. CORRIGAN°°
THEODORE M. LIEVERMAN*
ANDREW D. ABRAMOWITZ***
JOHN A. MACORETTA*
WILLIAM G. CALDES*
DAVID J. COHEN*
DAVID FELDERMAN*
SIMON BAHNE PARIS°°°
JENNIFER L. ENCK
RACHEL E. KOPP*

A PROFESSIONAL CORPORATION
1818 MARKET STREET, SUITE 2500
PHILADELPHIA, PA 19103
(215) 496-0300
FAX (215) 496-6611
E-MAIL: CLASSACTION@SRK-LAW.COM

JAY S. COHEN
OF COUNSEL

* MEMBER OF PA & NJ BAR
** MEMBER OF PA & NY BAR
*** MEMBER OF MD BAR
°° MEMBER OF NY & NJ BAR
°°° MEMBER OF NJ & FL BAR

April 18, 2005

**BY HAND DELIVERY**
The Honorable J. Curtis Joyner
United States District Judge
United States Courthouse
601 Market Street, Room 8613
Philadelphia, PA 19106-1751

Re: *El v. SEPTA*, Civil Action No. 02-CV-3591
    **Courtesy Copy of Plaintiff's Motion for Leave to Submit a Sur-Reply**

Dear Judge Joyner:

Enclosed please find a courtesy copy of Plaintiff's Motion for Leave to Submit a Sur-Reply in the above-captioned case. I have filed this Motion with exhibits *via* ECF and mailed a copy to opposing counsel.

Respectfully submitted,

David J. Cohen

cc: Robert J. Haurin, Esq. (by First Class U.S. mail)
    Wayne A. Ely, Esq. (by First Class U.S. mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

DOUGLAS EL,
Individually and on behalf of
all others similarly situated,
    Plaintiff,
  v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY,
    Defendant.

---

CIVIL ACTION
NO. 02-CV-3591

## ORDER

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Leave to Submit a Sur-Reply is GRANTED. The Court will consider Plaintiff's Sur-Reply Submission in ruling on Defendant's Amended Motion for Summary Judgement.

BY THE COURT:

_____
J. CURTIS JOYNER, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| DOUGLAS EL, <br> Individually and on behalf of <br> all others similarly situated, <br> Plaintiff, <br> v. <br><br> SOUTHEASTERN PENNSYLVANIA <br> TRANSPORTATION AUTHORITY, <br> Defendant. | : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : NO. 02-CV-3591 <br> : <br> : <br> : <br> : |

---

### PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A SUR-REPLY

For the reasons stated in the attached Memorandum, Plaintiff respectfully moves this Court, pursuant to Local Rule 7.1, for leave to file a Sur-Reply in Support of Plaintiff's Summary Judgement Opposition.

Respectfully submitted,

Dated: April 18, 2005

Eugene A. Spector
David J. Cohen (DJC4375)
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Timothy M. Kolman
Wayne A. Ely
TIMOTHY M. KOLMAN AND ASSOCIATES
225 N. Flowers Mill Road
Langhorne, PA 19047
(215) 750-3134

Attorneys for Plaintiff and the Class

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL,<br>**Individually and on behalf of**<br>**all others similarly situated,**<br>    Plaintiff,<br>v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY,<br>    Defendant. | CIVIL ACTION<br>NO. 02-CV-3591 |

### MEMORANDUM IN SUPPORT OF
### PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT A SUR-REPLY

Plaintiff respectfully petitions this Court, pursuant to Local Rule 7.1, for leave to submit a Sur-Reply in Support of his Summary Judgement Opposition.

The relief sought by this Motion – leave to file a sur-reply – is routinely granted in this District at the discretion of the presiding judge. *Local Rule 7.1. See also Sprinturf, Inc. v. Southwest Recreational Industries, Inc.*, 2004 WL 524427 (E.D. Pa. Mar . 12, 2004); *Budget Rent-A-Car System, Inc. v. Chappell*, 304 F.Supp.2d 639 (E.D. Pa. Feb. 2, 2004); *Air Products And Chemicals, Inc. v. Eaton Metal Products Co.*, 272 F.Supp.2d 482 (E.D. Pa. May 27, 2003).

This Court has previously allowed sur-reply briefing on numerous occasions. *See e.g., Marsden v. Select Medical Corp.*, 2005 WL 113128 (E.D. Pa. Jan. 18, 2005) (Joyner, J.); *Burton v. Ken-Crest Services, Inc.*, 127 F.Supp.2d 673 (E.D. Pa. 2001) (Joyner, J.); *Adams v. Allstate Ins. Co.*, 189 F.R.D. 331 (E.D. Pa. 1999) (Joyner, J.).

Plaintiff respectfully submits that there is a genuine, good faith basis for his request to submit a Sur-Reply in this case to address – and provide necessary context to – a limited number of issues raised in SEPTA's April 11, 2005 Summary Judgement Reply.

Respectfully submitted,

Dated: April 18, 2005

_____
Eugene A. Spector
David J. Cohen (DJC4375)
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Timothy M. Kolman
Wayne A. Ely
TIMOTHY M. KOLMAN AND ASSOCIATES
225 N. Flowers Mill Road
Langhorne, PA 19047
(215) 750-3134

Attorneys for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I, David J. Cohen, hereby certify that, on this 18th day of April, 2005, a true and correct copy of the Sur-Reply in Support of Motion for Leave to Submit a Sur-Reply was served upon the following counsel by hand delivery:

Robert J. Haurin, Esquire
Saul H. Krenzel and Associates
the Robinson Building Suite 800
42 South 15th Street
Philadelphia, PA 19102


David J. Cohen (DJC4375)
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Attorney for Plaintiff and the Class