IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS EL | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3591 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |

**ORDER**

AND NOW, this            day of April, 2005, upon consideration of Plaintiff's Motion for Leave to Submit a Sur-Reply in Opposition to Defendant's Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED and the Submissions annexed to the instant motion shall be reviewed and considered by this Court in support of Plaintiff's position in opposition to the defendant's summary judgment motion.

BY THE COURT:

_____
J. CURTIS JOYNER,         J.