IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.   02-CV-3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Douglas El hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment and order granting summary judgment on behalf of Defendant entered in this action on July 12, 2005 (at docket item No. 169).

    Respectfully submitted,

    __/S_____
    Timothy M. Kolman
    Wayne A. Ely
    TIMOTHY M. KOLMAN AND ASSOCIATES
    225 N. Flowers Mill Road
    Langhorne, PA 19047
    (215) 750-3134

    Eugene A. Spector
    David J. Cohen
    SPECTOR, ROSEMAN & KODROFF, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA 19103
    (215) 496-0300

    Attorneys for Plaintiff and the Class

August 10, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EL | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No.   02-CV-3591 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on the date set forth below they served a true and correct copy of Plaintiff's Notice of Appeal by regular mail upon the following individual:

        Saul H. Krenzel, Esquire
        Robert J. Haurin, Esquire
        Saul H. Krenzel and Associates
        The Robinson Building
        42 South 15th Street
        Suite 800
        Philadelphia, PA 19102

        Respectfully submitted,

        __/S_____
        Timothy M. Kolman
        Wayne A. Ely
        TIMOTHY M. KOLMAN AND ASSOCIATES
        225 N. Flowers Mill Road
        Langhorne, PA 19047
        (215) 750-3134

        Eugene A. Spector
        David J. Cohen
        SPECTOR, ROSEMAN & KODROFF, P.C.
        1818 Market Street, Suite 2500
        Philadelphia, PA 19103
August 10, 2005        (215) 496-0300