IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOUGLAS EL

        02-cv-3591
        District Court Docket Number

vs.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

Notice of Appeal Filed  8/10/2005
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal __Paid  _X_ Not Paid   __Seaman
    Docket Fee       __Paid  _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

        Defendant's Address (for criminal appeals)

_____

_____

        Prepared by : _____
                            Michele Helmer
                            Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm