**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOUGLAS EL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY** | : | **NO. 02-3591** |

**JUDGMENT**

_____**AND NOW**, this _____ day of _____, _____ 2007, judgment

is hereby entered in favor of plaintiff Douglas El and against defendant Southeastern

Pennsylvania Transportation Authority in the amount of $29,847.27.



**S/ Michael E. Kunz**
**MICHAEL E. KUNZ**
**CLERK OF COURT**