IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS EL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY** | : | **NO. 02-3591** |

## AMENDED JUDGMENT

**AND NOW**, this          day of ,                    2007, it is hereby **ORDERED** that the judgment entered on May 29, 2007, in favor of plaintiff Douglas El and against defendant Southeastern Pennsylvania Transportation Authority in the amount of $29,847.27 is **VACATED**. It is further **ORDERED** that judgment is entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Douglas El in the amount of $29,847.27.

                                                                              S/ Michael E. Kunz
                                                                              **MICHAEL E. KUNZ**
                                                                              **CLERK OF COURT**